**ORIGINAL**

RECEIVED
AND FILED

2002 OCT -2  PM 3: 47

LANCE S. WILSON
CLERK
BY_____
DEPUTY

1   Stephen W. Feingold (SF 2763)
    Richard H. Brown (RB 5858)
2   PITNEY, HARDIN, KIPP & SZUCH LLP
    685 Third Avenue
3   New York, New York  10017-4024
    Telephone (212) 297-5800
4
    Gary R. Goodheart, Esq.
5   Nevada Bar #1203
    JONES VARGAS
6   3773 Howard Hughes Parkway, Third Floor South
    Las Vegas, Nevada  89109
7   Telephone (702) 862-3300
    Facsimile (702) 737-7705
8
    **Attorneys for Plaintiffs**
9

10              UNITED STATES DISTRICT COURT

11                 DISTRICT OF NEVADA

12

13   CAESARS WORLD, INC. and PARK PLAC        CV-S-02-1287-RLH-RJJ
     ENTERTAINMENT CORPORATION,
14
     Plaintiffs,
15
                    v.
16                                            **COMPLAINT**
     CYRUS MILANIAN, and THE NEW LAS
17   VEGAS DEVELOPMENT COMPANY, L.L.C.,
18   Defendants.
19

20       Plaintiffs Caesars World, Inc. and Park Place Entertainment Corporation, by their

21   attorneys, for their Complaint in this action allege:

22       1.       Caesars World, Inc. ("CWI") is a corporation organized and existing under

23   the laws of the State of Florida, having an office and principal place of business at 3930 Howard

24   Hughes Parkway, Las Vegas, Nevada  89109.

25       2.   Park Place Entertainment Corporation ("PPE") is a corporation organized and

26   existing under the laws of the State of Delaware, having an office and principal place of business

27   at 3930 Howard Hughes Parkway, Las Vegas, Nevada  89109.  CWI is a wholly-owned

28   subsidiary of PPE.

3.   Upon information and belief, defendant Cyrus Milanian ("Milanian") is an individual who resides at 2020 S.E. 16th Street, Pompano Beach, Florida and who transacts business in the State of Nevada.

4.   This is an action for a declaratory judgment for determination of the parties' rights in certain trademarks.  The action arises under the Lanham Act, 15 U.S.C. §§ 1051 et seq., the Declaratory Judgment Act, 28 U.S.C. §2201, and the common law of the State of Nevada.

5.   On information and belief, Defendant The New Las Vegas Development Company, L.L.C. ("NLVD"), is a Nevada limited liability company with its principle place of business at 1802 N. Carson Street, Suite 212, Carson City, Nevada 89701.  On information and belief, NLVD claims or will claim an interest in the various trademark applications filed by Milanian which are the basis of the claims Milanian has made and is threatening to make against PPE and CWI.

6.   This Court has subject matter jurisdiction to hear this action under 15 U.S.C. § 1121(a) and  28 U.S.C. §§1331, 1338(a), and 1367.

7.   The Court has personal jurisdiction over the defendants.

8.   Venue is proper pursuant to 28 U.S.C. §1391.

9.   PPE is the world's largest gaming company and owns, manages, or has an interest in 28 properties operating under various trademarks including the famous CAESARS, BALLY'S, PARIS and FLAMINGO brands.  In addition to gaming services, PPE and CWI provide hotel and restaurant services, sporting events, concerts and other entertainment to the public.  PPE and CWI also provide convention facilities and services.

10.   The premiere property owned by CWI is CAESARS PALACE located in Las Vegas, Nevada.  CAESARS PALACE opened on August 5, 1966 and set the standard of luxury for the Nevada hotel/casino industry.  Its opulent Roman-Grecian theme captured international attention with marble imported statuary, costumed cocktail servers, scroll-designed stationery and world-famous entertainers.  The Roman-Grecian theme permeates the entire property from CLEOPATRA'S BARGE to THE PALACE or THE FORUM AT CAESARS PALACE. Among the marks expressing the Roman-Grecian theme that CWI has registered with the U.S. Patent and

Trademark Office ("PTO") are:   CAESARS PALACE, CAESARS WORLD, EMPERORS CLUB, THE PALACE, CLEOPATRA'S BARGE, I CAESAR, MAXIMUS, APPIAN WAY and BANK OF THE NILE.   CWI is the owner of all rights, title, and interest in the registered trademarks identified in the foregoing paragraph, which are used in interstate commerce by CWI and PPE.

11.   The registrations for those trademarks are valid, uncancelled, and in many instances, incontestable pursuant to 15 U.S.C. § 1065.

12.   Since 1966, CWI has spent in excess of $1,000,000 promoting the name CAESARS and its other Roman-Grecian theme marks (collectively, the "Caesars Family of Marks").   As a result of these efforts, the Caesars Family of Marks have become famous and closely identified by the public with CWI.

13.   When CAESARS PALACE opened on August 5, 1966, it included 680 guest rooms, a 980 seat showroom branded as CIRCUS MAXIMUS, a GARDEN OF THE GODS pool/spa complex, and a 25,000 square feet convention center called the COLOSSEUM Convention Complex.   Over the years, the COLOSSEUM has been the venue for many entertainment events such as fights and concerts.   Exhibit A hereto are documents reflecting CWI's use of the COLOSSEUM mark since as early as 1966 at CAESARS PALACE.

14.   CAESARS PALACE was so successful that additional properties were opened in the United States using the CAESARS name, including CAESARS TAHOE and CAESARS INDIANA.   The primary showroom/theatre at CAESARS INDIANA is known as the CAESARS COLLOSEUM.   CAESARS TAHOE has also used a variation of this mark -- COLISEUM – in connection with special promotions.   Copies of promotional materials containing the COLOSSEUM mark have been circulated throughout the United States on a regular basis.   Exhibit B hereto are documents reflecting CWI's use of this mark in promoting CAESARS INDIANA and CAESARS TAHOE.

15.   As a result of its longstanding use of the COLOSSEUM mark, CWI (and its parent company PPE) has acquired nationwide right, title and interest in that mark under federal common law as well the common law of Nevada and Indiana.

16. On April 10, 2001, PPE announced the creation of a new 4,000 seat COLOSSEUM Showroom to be used as an entertainment center and also for convention/meeting purposes. A copy of this press release is attached hereto as Exhibit C.

17. Less than two weeks later, on April 23, 2001, Defendant Milanian filed an intent to use application with the United States Patent and Trademark Office (Serial No. 78/059,830) for THE COLOSSEUM, for "business management of resort hotels, casinos, and theme parks for others and product merchandising services." A Notice of Allowance issued for this application on March 5, 2002.

18. Notwithstanding that Milanian, as an consultant purportedly working in the gaming industry, must have been aware of PPE's announcement with respect to the COLOSSEUM, he never contacted PPE with respect to any rights he may have in the mark.

19. Instead, on August 21, 2001, Milanian filed an intent to use application with the PTO (Serial No. 76/302,255) for ROME LAS VEGAS COLOSSEUM, for "resort hotels, casinos, and theme park business management, development and product merchandising services."

20. On October 23, 2001, Milanian filed an intent to use application with the PTO (Serial No. 78/090,499) for JULIUS CAESAR, for "business management and development of casinos, hotel resorts, restaurants, shopping malls, convention centers, theme parks and product merchandising services."

21. On November 14, 2001, Milanian filed an intent to use application with the PTO (Serial No. 78/093,285) for THE CAPITOLINE, THE COLOSSEUM, THE ROMAN EMPIRE FORUM AND THE SISTINE CHAPEL, for "business management, development of casinos, hotel resorts, concerts, theme parks and product merchandising services." Around this same time, Milanian also registered the domain name LASVEGASCOLOSSEUM.COM.

22. On May 22, 2002, PPE issued a press release that Celine Dion would appear as the first attraction at the COLOSSEUM in March of 2003. A copy of this press release is attached hereto as Exhibit D.

23. Shortly after the issuance of this press release announcing for the first time the actual opening date for the COLOSSEUM, on or about June 1, 2002, Milanian telephoned PPE's corporate headquarters in Las Vegas, Nevada and demanded to speak with its CEO, CFO, and other senior management personnel alleging that PPE was violating his trademark rights in the term COLOSSEUM. Milanian was advised to have his attorney contact PPE's legal department.

24. In response, on June 4, 2002, Milanian filed yet another intent to use application with the PTO (Serial No. 78/134,219) for THE COLOSSEUM, for "gaming machines, namely slot machines and gambling devices, interactive video and virtual reality gambling devices." On information and belief, Milanian does not have a gaming license or a pending application for a gaming license and under Nevada law may not be involved with the manufacture, sale or distribution of gaming machines. On information and belief, Milanian cannot legally have a bona fide intent to use this mark on the claimed goods if he has not taken steps to obtain a gaming license.

25. On June 8, 2002, Milanian filed yet another application with the PTO (Serial No. 78/132,978) for THE COLOSSEUM, for "business development services, namely business management of resort hotels, restaurants, shopping malls, convention centers, theme parks, and amusement rides, and products merchandising services."

26. In response to Milanian's telephone call and while arranging a mutually convenient time for a conference call with Milanian's attorney, on June 5, 2002, CWI filed a trademark application with the PTO for federal registration of the mark COLOSSEUM, for education and entertainment services, namely, operating a sports, entertainment, concert, convention and exhibit arena, and the production or co-production of sports, and entertainment events, concerts, conventions and exhibits for public exhibitions, viewing and for radio, television and cable broadcasts. In order to file this application as quickly as possible and because the precise date of first use could not be established without further research, CWI filed this application based on the provisions of 15 U.S.C. 1051(b). This application was assigned Serial No. 76/417,751. On August 28, 2002, CWI filed an amendment to allege use for Serial No. 76/417,751 claiming August 6, 1966 as the date of first use.

27.  PPE at this time also began an investigation of Milanian and discovered the following facts.  Since 1998, according to information obtained from the official web site of the U.S. Patent and Trademark Office, Milanian has filed 153 trademark applications.  A print out of the names and serial numbers or registration numbers is attached hereto as Exhibit E.

28.  The majority of these applications have been for casino-related services and, on information and belief, each application was filed on an intent-to-use basis.

29.  Many of the first trademark applications filed by Milanian in 1998 related to Titanic theme marks.  At approximately this same time, Robert Stupak, formerly associated with the Vegas World Casino and a well known individual in the gaming industry, had expressed interest in developing a Titanic theme casino.

30.  This investigation also revealed that in late 1999 and early 2000 Milanian had made claims that he owned rights to certain names for a San Francisco theme casino under consideration by several individuals and groups of investors.   On information and belief, Milanian attempted to use a pending intent to use application to extract money from these potential investors.  An article from the local press about Mr. Milanian and his demands is attached hereto as Exhibit F.

31.  Plaintiffs  also  discovered  that  Milanian  operates  a  web  site  at http://www.resortscenter.com wherein he states:

> CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

> CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

Below this statement are twelve pages of brand names which, on information and belief, corresponds to the trademark filings Milanian has made at the U.S. Patent and Trademark

Office.  THE COLOSSEUM is listed on the first of these pages.  A copy of this web site as it existed on September 26, 2002, is attached hereto as Exhibit G.

32.   Among the other trademarks claimed by Milanian are THE ROMAN EMPIRE (Serial No. 78/090,495 filed October 21, 2001) and THE EMPIRE (Serial No. 78/059,056 filed April 18, 2001) ("The Empire Applications").

33.   CWI has also developed significant common law rights in the mark EMPIRE and variations thereof ("The EMPIRE Theme Marks").  For example, CWI has described Caesars Palace as "THE JEWEL OF THE EMPIRE," Caesars Tahoe as the "CAESARS MOUNTAIN EMPIRE" and Caesars Indiana as "THE GLORY OF THE EMPIRE."  (Copies of various pages from the www.caesars.com website evidencing PPE and CWI's use of these trademarks are attached hereto as Exhibit H).

34.   CWI also owns rights to a pending application for CAESARS MAGICAL EMPIRE (Serial No. 76/203,506 filed February 1, 2001).  By virtue of this filing date, this application has priority over the ROMAN and EMPIRE applications filed by Milanian.  CWI is the owner of two additional relevant registrations, namely EMPERORS CLUB (Registration No. 1,743663) and EMPERORS EVERYDAY GIVEAWAY (Registration No. 1,837096).

35.   Plaintiffs commenced use of these EMPIRE Theme Marks long before 1998 when Milanian first began to file trademark applications.  Plaintiffs have invested considerable sums in using and promoting the EMPIRE Theme marks in connection with the services they offer.  As a result, PPE and CWI have obtained nationwide common law rights for the EMPIRE Theme Marks.

36.   On or about June 11, 2002, representatives from PPE and CWI held a telephone conference call with Milanian and his attorney at that time, Nicholas Karamanos.  During this telephone call Mr. Karamanos informed PPE and CWI's representatives that Milanian had filed a Statement of Use for Serial No. 78/059,830 for THE COLOSSEUM on June 6, 2002, and that the evidence of use supporting this filing was a copy of the resortscenter.com web site.

37.   PPE and CWI advised Milanian that CWI had common law rights dating back to 1966.  CWI also advised Milanian that they would require that he abandon his pending

application for THE COLOSSEUM as well the application for JULIUS CAESAR. Milanian did not disclose his other filings at that time, and they were unknown to PPE or CWI. Mr. Karamanos responded that he would discuss this information with his client and respond shortly.

38.     When no communication was received from Milanian or his attorney, outside counsel for Plaintiffs wrote to Milanian's counsel on August 5, 2002 to set forth for the record the demands made by Milanian as well as the requirements set out by Plaintiffs to resolve this matter on an amicable basis. These demands included the abandonment of any right, title or interest that Milanian has or had in any of the COLOSSEUM trademark references and the JULIUS CAESAR trademark references noted above. A copy of this letter is attached hereto as Exhibit I.

39.     On August 6, 2002, Milanian telephoned the law firm of Morgan Lewis & Bockius LLP, where Plaintiffs' lead counsel was then a partner, and, when lead counsel was not available, demanded to speak with the Managing Partner of the firm because he was outraged at the letter he had received. Plaintiffs' outside counsel then contacted Mr. Karamanos and requested that he ensure that Milanian did not contact counsel directly. Mr. Karamanos indicated he would so instruct his client and also indicated that he would provide a written response to the August 5 letter the following week.

40.     On September 10, 2002, Plaintiffs' counsel again wrote to Mr. Karamanos seeking a response. A copy of this letter is attached as Exhibit J. There was no response until September 24, 2002 when a letter was received from a firm purporting to represent NLVD and requesting specimens demonstrating CWI and PPE's use of COLOSSEUM. A copy of this letter is attached hereto as Exhibit K. When Plaintiffs' outside counsel contacted this law firm, he was advised that this new entity was somehow related to Milanian but the lawyer who sent the letter could or would not provide any explanation.

41.     On information and belief, Plaintiffs believe that Milanian and/or NLVD are waiting to initiate a legal action on the eve of the opening of the COLOSSEUM featuring Celine Dion in order to create the potential for disrupting that event for the purpose of extracting a payment from Plaintiffs.

42.    Any use in commerce by Milanian and/or NLVD of the COLOSSEUM and/or any other Roman-Grecian-theme marks that are the subject of Milanian's intent to use applications will cause confusion among the public, which has come to associate the COLOSSEUM and other Caesars Family of Marks with the high quality entertainment facilities and services provided by Plaintiffs.

43.    The use in commerce by Milanian and/or NLVD of the COLOSSEUM or any other Roman-Grecian-theme marks for which Milanian has filed applications in commerce would constitute infringement of plaintiffs' rights, in violation of Sections 43(a) and 43(c) of the Lanham Act, Nevada Rev. Stat. 600.435 and common law, and would cause irreparable injury to Plaintiffs, for which they would have no adequate remedy of law.

44.    Moreover, it appears that on the respective dates these applications were filed, Milanian had no *bona fide* intention to use such marks in commerce, as required by the Lanham Act, 15 U.S.C. §1051(b).  Upon information and belief, Milanian is engaged in warehousing trademarks for the hotel and gaming industry and then offering rights in those trademarks to others under the guise of providing "consulting services." Upon information and belief, Milanian knew when he filed the various applications to register the COLOSSEUM mark that CWI and PPE had invested (or would be investing) considerable resources in advertising and promoting the COLOSSEUM project being built in Las Vegas and had invested considerable resources in promoting and advertising the Caesars Family of Marks, including the COLOSSEUM mark, associated with the CWI's facilities and services.  Instead, he has filed those applications in an effort to interfere with plaintiffs' rights in and use of their intellectual property.

45.    When Congress amended the Lanham Act in 1988 to recognize an intent-to-use as a basis for filing a trademark application, it took specific steps to prevent trafficking in trademarks, including the requirement that an applicant have a *bona fide* intent to use the mark in commerce.  Upon information and belief, the only intent Milanian had or has with respect to the vast majority (and perhaps all) the trademarks for which he has made filings at the U.S. Patent and Trademark Office is to transfer rights in such marks to third parties.  This pattern of conduct violates the letter and spirit of the intent to use provisions of the Lanham Act.

**FIRST CAUSE OF ACTION**
**(Declaratory Judgment)**

46.    Plaintiffs incorporate herein the allegations in ¶¶1-45 as if fully set forth herein.

47.    As a result of defendant's conduct, CWI and PPE reasonably believe that Milanian and/or NLVD will file a lawsuit against them if they continue to use the COLOSSEUM mark to identify the new entertainment/convention center scheduled to open in March of 2003. CWI and PPE also reasonably believe that defendants will wait until the last possible moment to file such an action.

48.    Defendants' ongoing claim that plaintiffs' use of the COLOSSEUM mark infringes Milanian's and/or NLVD's rights creates an actual case or controversy for purposes of 28 U.S.C. §2201.

49.    Defendants' ongoing claim that plaintiffs are infringing Milanian's and/or NLVD's rights in the COLOSSEUM mark disrupts plaintiffs' ability to continue to market and promote events to be held at the COLOSSEUM project being constructed in Las Vegas, Nevada. Unless the Court acts promptly to declare that plaintiffs' have rights in the use of the COLOSSEUM mark, the disruption of plaintiffs' COLOSSEUM project in Las Vegas, Nevada will continue to increase as the March 2003 opening date approaches.

50.    Unless enjoined and restrained by the Court, defendants are likely to engage in conduct that will cause irreparable injury to plaintiffs, for which they have no remedy at law.

WHEREFORE, Plaintiffs pray that the Court:

(a)    declare, adjudge, and decree that use by CWI and PPE, and any of their respective agents or representatives, of the COLOSSEUM trademark does not infringe any rights of defendant Milanian and/or NLVD;

(b)    declare, adjudge and decree that defendants Milanian and/or NLVD have no right, title and interest in the following marks: THE COLOSSEUM and ROME LAS VEGAS COLOSSEUM, or any mark or domain name including the words "Colosseum," "Colloseum," "Coliseum" or any other variation of such name;

(c)    issue preliminary and permanent injunctions restraining defendants and all persons acting in privity or in concert with them, from any acts of trademark infringement in violation of the Lanham Act or applicable state law, including, without limitation, injunctions that direct defendants to refrain from any advertisement, marketing or other use in interstate commerce, including as a domain name, any of the following marks: THE COLOSSEUM and ROME LAS VEGAS COLOSSEUM, or any mark including the words "Colosseum," "Colloseum," "Coliseum" or any variation of such name;

(d)    order cancellation and/or abandonment of Serial Nos. 78/059,830, 76/302,255, 78/090,499, 78/093,285, 78/134,219 and 78/132,978;

(e)    award plaintiffs damages as permitted by law, costs, reasonable attorneys' fees, and;

(f)    other and further relief as this Court may deem just and proper.

## SECOND CAUSE OF ACTION
### (Violation of Lanham Act)

51.    Plaintiffs incorporate herein the allegations in ¶¶1-50 as if fully set forth herein.

52.    Milanian's display of the COLOSSEUM mark on the www.resortscenter.com website is likely to cause confusion among prospective and actual customers of CWI and PPE and allows defendants to improperly benefit from the goodwill that CWI has developed in this mark.

53.    Although Milanian's display of the COLOSSEUM mark on the website does not constitute "use" for purposes of permitting him to register the mark as a trademark under 15 U.S.C. §1051(a), that conduct constitutes a violation of Section 43(a) of the Lanham Act (15 U.S.C §1125(a)).

54.    Defendant's conduct is causing irreparable injury to plaintiffs, for which they have no remedy at law.

WHEREFORE, Plaintiffs pray that the Court:

1            (a)     issue preliminary and permanent injunctions restraining defendants

2    and all persons acting in privity or in concert with them, from any acts of trademark

3    infringement in violation of the Lanham Act or applicable state law, including, without

4    limitation, injunctions that direct defendants to refrain from any representation on the

5    internet or in any other fashion that states or implies that defendants have trademark

6    rights in any of the following marks: THE COLOSSEUM and ROME LAS VEGAS

7    COLOSSEUM, or any mark including the words "Colosseum," "Colloseum,"

8    "Coliseum" or any variation of such name;

9            (b)     order cancellation and/or abandonment of Serial Nos. 78/059,830,

10   76/302,255, 78/090,499, 78/093,285, 78/134,219 and 78/132,978;

11           (c)     award plaintiffs damages as permitted by law, costs, reasonable

12   attorneys' fees, and;

13           (d)     other and further relief as this Court may deem just and proper.

14

15   ### THIRD CAUSE OF ACTION
     ### (Unfair Competition)

16

17   55.    Plaintiffs incorporate herein the allegations in ¶¶1-54 as if fully set forth herein.

18   56.    Milanian's display of the COLOSSEUM mark on the www.resortscenter.com

19   website is likely to cause confusion among prospective and actual customers of CWI and PPE and

20   allows defendants to improperly benefit from the goodwill that CWI has developed in this mark.

21   57.    Although Milanian's display of the COLOSSEUM mark on the internet website

22   does not permit him to claim trademark rights in that mark, his conduct constitutes unfair

23   competition under Nevada common law.

24   58.    Defendants' conduct is causing irreparable injury to plaintiffs, for which they have

25   no remedy at law.

26   WHEREFORE, Plaintiffs pray that the Court:

27           (a)     issue preliminary and permanent injunctions restraining defendants

28   and all persons acting in privity or in concert with them, from any acts of unfair

competition, including, without limitation, injunctions that direct defendants to refrain from any representation on the internet or in any other fashion that states or implies that defendants have trademark rights in any of the following marks: THE COLOSSEUM and ROME LAS VEGAS COLOSSEUM, or any mark including the words "Colosseum," "Colloseum," "Coliseum" or any variation of such name;

        (b)    order cancellation and/or abandonment of Serial Nos. 78/059,830, 76/302,255, 78/090,499, 78/093,285, 78/134,219 and 78/132,978;

        (c)    award plaintiffs damages as permitted by law, costs, reasonable attorneys' fees, and;

        (d)    other and further relief as this Court may deem just and proper.

## FOURTH CAUSE OF ACTION
### (Violation Of The Lanham Act)

59.    Plaintiffs incorporate herein the allegations in ¶¶1-58 as if fully set forth herein.

60.    Milanian's display of the EMPIRE Theme Marks on the www.resortscenter.com website is likely to cause confusion among prospective and actual customers of CWI and PPE and allows defendants to improperly benefit from the goodwill that CWI has developed in these marks.

61.    Although Milanian's display of the EMPIRE Theme Marks on the www.resortscenter.com website does not constitute "use" for purposes of permitting him to register the marks as a trademark under 15 U.S.C. §1051(a), that conduct constitutes a violation of Section 43(a) of the Lanham Act (115 U.S.C. §1125 (a)).

62.    Defendants' conduct is causing irreparable injury to plaintiffs, for which they have no remedy at law.

WHEREFORE, Plaintiffs pray that the Court:

        (a)    issue preliminary and permanent injunctions restraining defendants and all persons acting in privity or in concert with them, from any acts of unfair competition, including, without limitation, injunctions that direct defendants to refrain from any representation on the internet or in any other fashion that states or implies that

defendants have trademark rights in any of the following marks:   THE ROMAN EMPIRE and THE EMPIRE, or any mark including the words "Empire," or any variation of such name;

(b)   order cancellation and/or abandonment of Serial Nos. 78/090,495 and 78/059,056;

(c)   award plaintiffs damages as permitted by law, costs, reasonable attorneys' fees, and;

(d) other and further relief as this Court may deem just and proper.

### FIFTH CAUSE OF ACTION
### (Unfair Competition)

63.   Plaintiffs incorporate herein the allegations in ¶¶1-62 as if fully set forth herein.

64.   Milanian's display of the EMPIRE Theme Marks on the www.resortscenter.com website is likely to cause confusion among prospective and actual customers of CWI and PPE and allows defendants to improperly benefit from the goodwill that CWI has developed in these marks.

65.   Although Milanian's display of the EMPIRE Theme Marks on the internet website does not permit him to claim trademark rights in that mark, his conduct constitutes unfair competition under Nevada common law.

66.   Defendants' conduct is causing irreparable injury to plaintiffs, for which they have no remedy at law.

WHEREFORE, Plaintiffs pray that the Court:

(a)   issue preliminary and permanent injunctions restraining defendants and all persons acting in privity or in concert with them, from any acts of unfair competition,  including, without limitation, injunctions that direct defendants to refrain from any representation on the internet or in any other fashion that states or implies that defendants have trademark rights in any of the following marks:   THE ROMAN EMPIRE and THE EMPIRE, or any mark including the words "Empire," or any variation of such name;

1

2

    (b)  order cancellation and/or abandonment of Serial Nos. 78/090,495 and 78/059,056;

3

4

    (c)  award plaintiffs damages as permitted by law, costs, reasonable attorneys' fees, and;

5

6

    (d)  other and further relief as this Court may deem just and proper.

Dated this _2nd_ day of October, 2002.

7

        JONES VARGAS

8

9

    By: _Gary R. Goodheart_

10

      Gary R. Goodheart, Esq.
      3773 Howard Hughes Parkway
      Third Floor South

11

      Las Vegas, Nevada  89109

12

    _Attorneys for Plaintiffs_

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex. A

# Caesars Just Like Old Rome But No Fig Leaves

By JERRY HULSE
The Los Angeles Times

Well, sir, there it sets in the middle of the Nevada desert — Caesar's salad.

I'm referring, of course, to Las Vegas' newest hotel. Only they call it Caesars Palace — grandly pluralized, the builders insist, to recall the splendors of ancient Rome.

It's not exactly the forum, maybe, but on the other hand Caesar would have found it comfortable. Certainly he would mind this question: Doesn't it have swooned over the shapely goddesses who undulate about the marble hallways in scanty peek-a-boo togas. These are the slaves who serve up ambrosial liquids to the high rollers off in Caesar's forum — which is how they call the gaming casino — and to the masses reposing in the sunshine off in the garden of the gods. That's where the architects

they've dug a 100,000 dollar off swimming pool in the shape of a Roman shield.

What with all the liquid, here that they lead the innocents off to the sacrificial tables. We desert plot into a sort of sod-passed one with a pharaoh telling driveway lined with more foun-limit. (crowded around the dains than bubble up at Ver-big honshus strut a round sailles. Shooting skyward 35-days of the gladiator — the foot sprays settle ethereal mists bored and the blood-thirsty on the shoulders of nine nude waited impatiently for the statues.

Facing the statues brings to really, whether the wheel of for-the leaves for the statues? Only tune spins in favor of the house-recently the city fathers order-is action.

Stretching above the arena brella is a huge medallion set-like some diamond-studded um-er in led pastel plastered on entire with 100,000 crystals. It is, they exists in the downtown areas, say, the world's biggest chand-shows. Caesars could be the next elier. If one makes his own In after spending 150,000 dollars game of chance it makes a dif-for nine custom-made statues, ference in which to

Returning to the casino, it is just like in the golden days of the Roman period — the blood-thirsty knives speak in a curious slaughter. It matters very little, died over to the table and in-quired: "You guys wanna cup coffee?" He spoke with what best can be described as a Roman-Brooklynese accent with a hint of Joisey.

The effort to affect a Roman theme carries over even to the forth from torches and liquid costumes and meeting rooms: fall.

With the waitresses wearing looks, the male slaves are ap-propriately dressed, too. All ly Roman soldiers to stave off give them time.

Even without a program it's the enemy. Off in another nook easy to tell a private from a the Nosborium coffee shop is general. The slaves wear an or-described by the hotel flak as dinary soldier's uniform while a light and festive treatment dressed like an officer. These of the Roman period." Actual-ly it resembles more accurately an autumn of the atom age.

Finally, there is the Bac-chanal, a gourmet dining room whose entrance is guarded by two lions. Fortunately for all guests and employees alike they are stone lions. Stone, I said, not stoned. Flames breathe drips from a waterless water-

While their parents are off gambling away the grocery money, the kiddies romp in the Roman rumpus room.

the waitresses wearing a splendid colonnade. It glitters with shields of the sort used or make-believe roulette, but

Hohum. There are also Rom-an baths, sauna steam rooms, a shopping arcade with a jeweler from Milan. Helicopters settle on the roof of the hotel (it goes up 14 stories) and the hoi polloi ensconce themselves in opulent dens complete with armh pil-anos. The key to a room runs anywhere from 14 dollars a day double to 116 dollars for the royal suite.

Behind the main hotel (three-story wings rise up to enclose a courtyard of the sort one im-agines in old Rome. It is here guests splash in the pool after splurging in the casino.

If at all it's exactly the way Caesars had it well — the build-ers tried to think of everything. Everything, that is, but the fig leaves for those statues.

NEW YEAR'S EVE
COLOSSEUM BALLROOM
December 31, 1998

Chilled Maine Lobster and Ratatouille

* * *

Duck Consommé, Ginger and Lemon Grass Essence

* * *

Roast Veal Chop with Sweet Madeira and Cognac Sauce
Whole New Red Potatoes
Cream Spinach in Pastry Cup
Baby Vegetables

* * *

Tiramisu with Raspberry and Vanilla Sauce and Fresh Raspberries
Double Roman Chocolate Towers with Clock

# COLOSSEUM COMPLEX
## CAESARS BALLROOM



## CAESARS BALLROOM
### 26,000 SQ. FT.

*Caesars Ballroom is the perfect compliment to the Colosseum Complex. It also affords flexibility by providing over 24,000 square feet as a single area, or forming 10 separate meeting rooms, varying in size from 400 to 3,000 square feet with ample space for up to 192 10'x10' exhibit booths.*

*There are also a number of rooms that can house groups from 10 to 200 people in practical and functional surroundings, providing the group a comfortable atmosphere while maximizing communications.*

*Caesars Ballroom provides a unique setting for upscale events with beautiful views of the Las Vegas Strip.*

| Caesars Ballroom | Banquet | Theatre | Schoolroom | Width | Length | Total Sq. Ft. | Ceiling Ht. |
|---|---|---|---|---|---|---|---|
| Caesars Foyer | | | | 270' - 0" | 19' - 0" | 5130 | 12' |
| Caligula | 20 | 30 | 30 | 24' - 0" | 24' - 0" | 576 | 10' |
| Vitellius | 20 | 30 | 20 | 18' - 0" | 25' - 0" | 450 | 10' |
| Vespasian | 10 | 20 | 15 | 15' - 0" | 20' - 0" | 300 | 10' |
| Caesars I | 180 | 220 | 200 | 40' - 0" | 80' - 0" | 3200 | 14' |
| Caesars II | 260 | 300 | 220 | 50' - 6" | 80' - 0" | 4000 | 14' |
| Caesars III | 200 | 200 | 200 | 50' - 0" | 60' - 0" | 3000 | 14' |
| Caesars IV | 50 | 130 | 100 | 40' - 0" | 50' - 0" | 2000 | 14' |
| Caesars V | 140 | 220 | 140 | 35' - 0" | 35' - 0" | 1225 | 14' |
| Caesars VI | 120 | 160 | 140 | 50' - 0" | 50' - 0" | 2500 | 14' |
| Caesars VII | 90 | 70 | 40 | 40' - 0" | 70' - 0" | 2800 | 14' |
| Caesars Office A & B | | | | 15' - 0" | 22' - 0" | 330 | 9' |
| Majestium East | 60 | 220 | 100 | 48' - 0" | 66' - 0" | 3168 | 12' |
| Majestium West | 50 | | 80 | | | | |
| Regalium East | 60 | 220 | 100 | 48' - 0" | 66' - 0" | 3168 | 12' |
| Regalium West | 50 | | 80 | | | | |
| Colosseum Offices A,B,C | | | | 36' - 0" | 36' - 0" | 1296 | 9' |
| Romulus | | | | 20' - 0" | 20' - 0" | 400 or 800 | 10' |
| Remus | | | | 20' - 0" | 20' - 0" | 400 or 800 | 10' |

**COLOSSEUM COMPLEX**
**COLOSSEUM BALLROOM**



### COLOSSEUM BALLROOM
### 35,000 SQ. FT.

*The flexibility of the Colosseum Ballroom assures every type of convention setup from conference-style for 10, banquet-style for 2,500 or theatre-style for up to 4,000. The 35,000 square feet of complex houses a registration area and can be divided into six smaller meeting rooms with convenient storage or, when opened up, can provide a room as large as 11,000 square feet with ample space for up to 221 8'x10' exhibit booths.*

*This versatile, carpeted complex has the flexibility of hosting any number of events within its confines regardless of the nature of the gathering.*

*Also located adjacent to the kitchen facilities to provide the maximum in service for receptions, breakfasts, luncheons, and banquets.*

| Colosseum Ballroom | Banquet or Schoolroom | Theatre | Width | Length | Total Sq. Ft. | Ceiling Ht. |
|---|---|---|---|---|---|---|
| Colosseum II | 275 | 450 | 50' - 8" | 88' - 0" | 4444 | 16' |
| Colosseum III | 275 | 450 | 48' - 0" | 88' - 0" | 4224 | 16' |
| Colosseum IV | 650 | 1200 | 102' - 0" | 104' - 0" | 10608 | 18' |
| Colosseum V | 300 | 550 | 53' - 0" | 100' - 0" | 5300 | 18' |
| Colosseum VI | 300 | 550 | 53' - 0" | 100' - 0" | 5300 | 18' |
| Colosseum VII | 300 | 550 | 50' - 0" | 100' - 0" | 5000 | 18' |
| Colosseum Foyer | | | 200' - 0" | 35' - 0" | 7000 | |

# GUIDE TO THE EMPIRE



# CAESARS MEETING FACILITIES.
## WINNING AWARDS
### WORLDWIDE.



Caesars Palace is a numerous and consistent winner of the coveted Gold Key Award by *Meetings & Conventions* magazine, an award that honors the finest meeting facilities hold the prestigious AAA Four Diamond Award, a testimony to the luxury and service you can expect from the moment your group arrives.

We offer more than 170,000 square feet of premium meeting and function space and state-of-the-art audio/visual capabilities. Combining dedicated personal service with versatile facilities, Caesars Palace raises every event to extraordinary heights, whether it's an intimate boardroom meeting or a convention hosting thousands.

Completed in late 1997, the Palace Tower added 110,000 square feet of new ballrooms and meeting rooms on two levels. Those along with our original Colosseum Complex and Garden of the Gods outdoor area give you endless options for meetings, dinners, events and parties.





    



*SENATE BOARDROOM*

## COLOSSEUM COMPLEX

AMENITIES INCLUDE:

- 35,000 square foot Colosseum Ballroom that can be divided into six rooms.

- 23,000 square foot Caesars Ballroom that can be divided into seven rooms.

- Nine additional meeting rooms totaling 10,000 square feet.

- Freight doors and convenient ground level location for exhibit or equipment load in and load out.

- Built-in registration desks and offices.

- Excellent audio/visual capabilities.

- Beautiful decor in the Roman style.

## GARDEN OF THE GODS

AMENITIES INCLUDE:

- Romantic garden for "sit-down" meals for up to 700 people.

- Three pools, numerous fountains, casual restaurant area, bar totaling varieties. All are available "after hours" for fabulous events under the desert stars that will accommodate up to 5,000 people.

## CULINARY DELIGHTS

Our culinary staff has won awards in its own right, so you can be sure of exquisite cuisine prepared with the freshest ingredients. You can choose from a variety of menus or we can customize a menu to perfectly suit your needs.



*PALACE BALLROOM*



*PALACE POOL*

**CAESARS PALACE.**

Presented in association with Victory Promotions, Inc.

## CLOSED CIRCUIT TELECAST

### CAESARS PALACE
### COLOSSEUM II-VII
### CONVENTION COMPLEX

Doors open 5:45 p.m.

**$40 GENERAL ADMISSION**
**ADMIT ONE**

**CLOSED CIRCUIT TELECAST**

CAESARS PALACE
COLOSSEUM II-VII
CONVENTION COMPLEX
**$40 GENERAL ADMISSION**
**ADMIT ONE**



# *LAS VEGAS LIFE WELCOMES CAESARS PALACE*

Julius Caesar launched his successful invasion of Britain in 55 B.C. This invasion took place 2,020 years ago. This month (named for another Caesar, Augustus) Las Vegas will welcome its own Caesar. The unveiling of the multi-million Caesars Palace will mark the first major addition to the Las Vegas Strip in 8 years. Its cost—100 times more than Julius Caesars' entire invasion.

# CAESARS PALACE

The beauty of the new Caesars Palace is overwhelming, but nowhere has beauty replaced function. Superb planning is the keynote here. Set back far from the traffic of the Strip—the approach to the hotel is a regal one, consisting of 18 Roman Fountains. Three of the fountains with imported marble statues flank each side of the main entrance. Imported Italian cypress trees line the roadway.

From the telephone booths in the lobby to the Garden of Gods with its bigger than olympic size swimming pool—it has been decorated and landscaped in a Greco-Roman style.

Upon entering the Grand Promenade Lobby, your attention is immediately attracted to one of the largest crystal and brass chandeliers ever known to have been fabricated. The chandelier is over the casino, which will be known as Caesar's Forum. (11 will be the number here, not 12). Twenty columns of imported marble support the domed ceiling. All of the interior decor of the public facilities was created and designed by Fred Gruen of Albers-Gruen Associates, San Francisco.

The Circus Maximus showroom is indeed one of the finest in the world, featuring the most advanced stage, sound, and light equipment in use today. Rear and front projection equipment is available for motion-picture premieres. There are no pillars or posts to obstruct viewing the stage, making every seat "front-row."

All of the dining rooms are elegantly appointed, but the most lavish of all is the Bacchanal Room, the gourmet dining room. Bacchus would have approved of the blues and purples used throughout, but I wonder what he would have thought about the "waterless" water fall. A new invention, it is in use for the first time in America.

Nero's Nook Lounge with a seat-

In keeping with the Greco-Roman theme, Caesars Palace will be resplendant with statuary. They are reproductions of some of the world's finest statues, imported from Florence, Italy at a cost in excess of $200,000.00

### The Rape of the Sabine Woman.

*Giovanni Bologna completed this marble masterpiece in 1583 and the original statue still stands in Florence, Italy. It is an important episode in the legendary founding of Rome.*

*Romulus and Remus were the twin sons of Mars and Ilia. After being cast into the Tiber River they were saved and suckled by a she-wolf. Remus was killed in a quarrel over the settling of a city on the Tiber, and thus Romulus became the founder of Rome and its first king.*

*To increase the population of his city and to strengthen his position as a warrior he offered asylum to outcasts and fugitives and provided wives for them by seizing Sabine women at a festival. The Sabines were a neighboring tribe in Central Italy. These tactics resulted in war with the Sabines and ended in a union of the two peoples.*



ing capacity of 300 features a revolving stage and a water curtain that will operate between shows.

Beautiful etchings of Rome cover one wall of the Noshorium Coffee Shop. Authentic Roman attire will be worn by the waitresses. Similar attire will be worn by personnel of many other departments including bellmen, room clerks, doormen, and casino personnel.

The Coliseum Convention Hall is a truly remarkable auditorium. Magnificantly decorated, the room can serve as a single hall, or as Gaul, can be divided into three. Smaller convention facilities are available in the Imperium East and West and in Atrium I, II, and III. Complete visual and audio reception is available throughout.

Construction of this magnificent edifice was by General Contractor R. C. Johnson & Associates of Las Vegas in a joint venture with the Crane Con-

struction Company. Many local subcontractors and suppliers were part of the "Construction Team" which included Consolidated Electrical Wholesale, M. J. DiBiase, Vegas Valley Electric Inc., Gerringer Carpet Service, Wells Cargo, Collins Roof and Floor Inc., Gornowich Sand and Gravel Co., Aiken Builders Products and the Perry Tile and Marble Co. All of the interior lighting fixtures were designed and manufactured by Casella Lighting Co. of San Francisco, California.

The general design was created by Architect Melvin Grossman of Miami, designer Jo Harris of Miami and Jay J. Sarno of Las Vegas.

The shopping area will feature stores with rare imports, gems, furs and imported toys. Included in this area is the Salon Di Pompeia, operated by local Las Vegan Izzy Marion, a member of Intercoiffure America.

Ex. B

*October 16, 2000/4*



The *Gary Post-Tribune* notes that "In the first effort between 6 p.m. Sept. 29 and 2 a.m. Sept. 30, police stopped 104 cars and issued 96 tickets. Of those tickets, 66 were for speeding. Buncich said motorists weren't stopped unless they were going at least 15 mph over the 55-mph speed limit." A *Post-Tribune* editorial explains that "Nearly all of the drivers stopped told police they were headed to a casino. The reason they were speeding is because they didn't want to miss their opportunity to board the boat." In light of the speeding problem, the paper argues, "Dropping 'cruising' requirements for casino boats could help make [the] road leading there safer [although] a better solution for gamblers until that happens is to leave home earlier."

● Water levels in Lake Michigan dropped sharply over the past year, down six inches, and is likely to decrease by another 20 inches over the next several months, barring major snowfall this Winter, according to the U.S. Army Corps of Engineers. This could mean more problems for some of the Lake Michigan casino boats. Trail Creek, where **Blue Chip Casino** is located, is slated for emergency dredging, and **Empress Casino Hammond** has run into previous problems with lower than expected Lake levels in recent years.

☐ The Corps says that the Lake is some 19 inches below the average for last century, and if projections for a drop of another 20 inches by February hold true, the water level will lap only 10 inches above the Lake's record low recorded of 1964 (remember those alewives?).

● **Majestic Star Casino** brings back its popular Beat the House Blackjack promotion, but with three times as many winners each week and the opportunity for players to qualify to play up to 42 consecutive hands of Blackjack with house money.

● Two Lake Michigan casinos are extending their educational outreach efforts in The Region.

☐ **Majestic Star Casino** is underwriting three lectures by Rudy Ruettiger the former University of Notre Dame student-athlete who was the inspiration for the movie *Rudy*. The lectures include one for parents and another for students at Andrean High School, and one for students at West Side High School. He'll be urging his audience to "Never Give Up On Your Dreams."

☐ Managers at **Harrah's East Chicago Casino** have volunteered to spend a minimum of 20 hours every two weeks in individual educational assistance for students at Field Elementary School and Lincoln Elementary School in East Chicago, which they have associated with under an Adopt-A-School program. This commitment comes in addition to lots of cash support that the casino has been funneling to the schools. East Chicago schools superintendent John Flores was one of the original investors in the partnership that owned the predecessor to Harrah's, Showboat Mardi Gras Casino, getting his share when he was a local high school principal and man on the rise.

## Ohio River News . . .

● **Belterra Casino Resort** still expects to have its soft opening on October 23, but officials there may have few tense moments remaining dealing with the U.S. Coast Guard, which was reportedly unhappy with some inconsistencies between Belterra's approved safety plan and what it found during on-site inspections . . . probably a consequence of the change in maritime management from **Hornblower & Associates** to in-house operations. One key area of concern here: a change in the type of personal flotation devices being employed. Another area that needed to be addressed as we were going to press: some operational plan reviews and related engine testing. While the invites are out, it may be best to call ahead.

● As **Belterra Casino Resort** nears its opening, the billboards that it has purchased in the Cincinnati area have changed from a free admissions theme to touting the Belterra rewards program when players use their new slot cards.

● The **Grand Victoria Casino & Resort** hosted a Ron Kerns Promotions boxing card October 13.

● **Caesars Riverboat Casino** welcomes crooner **Tony Bennett** to its Colosseum on November 2. Ticketmaster is handling the tickets, which are $35 and $45.

● **Casino Aztar Evansville** brings in 60s favorite **Paul Revere & the Raiders** for concerts on October 20 - 21, and 70s stars **Poco** and **Firefall** on November 3 - 4.

● To commemorate its World War II memorabilia exhibition this Summer, **Casino Aztar Evansville** has issued a series of seven $5 chips immortalizing key World War II moments and themes. Four of the seven have already been issued; the remaining three will be available October 23, November 13, and December 4, respectively.

☐ All military veterans will be admitted free to the casino on Veterans Day, November 11.

● A new promotion at **Casino Aztar Evansville** running through November 25 offers a $5,000 Opry Mills holiday package including three nights at the Opryland Hotel, $4,000 in Opry Mills gift certificates, and $800 cash.

## General Riverboat News . . .

● The Indiana State Police Board is expected to issue its findings and vote at 9:00 a.m. October 16 on the appeal of dismissal from former Trooper **Ben Endres**, terminated when he refused on religious grounds to report for Indiana State Police Gaming Division duty on the **Blue Chip Casino** in **Michigan City**.

● Five people have been charged with using shaved coins and tokens to activate play on slot machines and steal more than $10,000 from **Majestic Star Casino** and **Harrah's East Chicago Casino**. Casino security was alerted to the scheme by an informant.

**INDIANA DAILY INSIGHT**
www.indgrouponline.com

*Copying or FAXing without publisher's written permission violates federal law!*

CAESARS

ENTERTAINMENT

PROPERTY OVERVIEW
VIRTUAL TOUR
DIRECTIONS
MAKE A RESERVATION
GROUP SALES
GAMING
ENTERTAINMENT
CAREER OPPORTUNITIES
FUTURE PLANS
NEWS

## Coming in September



**SOLD OUT ** RANDY TRAVIS **SOLD OUT**

| Dates: | Location: |
|---|---|
| 09/05/2002 - 09/05/2002 | COLOSSEUM |

| Ticket Prices: | Show Times: |
|---|---|
| $30, $35, & $40 | 7:30pm |

## Coming in October



**CARROT TOP**

| Dates: | Location: |
|---|---|
| 10/18/2002 - 10/18/2002 | COLOSSEUM |

| Ticket Prices: | Show Times: |
|---|---|
| $25 & $20 | 7:30PM |



**BOZ SCAGGS**

Dates:              Location:

10/24/2002 -        COLOSSEUM
10/24/2002

Ticket Prices:     Show Times:

$25, $30, $35      7:30pm



## CAESARS
### INDIANA

**Contact:**    Judy Hess, 812-969-6718                    **FOR IMMEDIATE RELEASE**

## TONY BENNETT TO HEADLINE CONCERT
## AT CAESARS INDIANA

**BRIDGEPORT, Ind. (October 12, 2000)** – Caesars Indiana will be both "hot and cool" when pop entertainment icon Tony Bennett takes the stage November 2 at Caesars' Colosseum. Tickets for the concert go on sale today.

A nine-time Grammy winner with more than 50 million worldwide record sales, Bennett is known for his signature hit, "I Left My Heart In San Francisco," as well as "I Wanna Be Around," "The Good Life," and "Who Can I Turn To (When Nobody Needs Me)." Popular among Baby Boomers and Gen-Xers alike, he is one of only a handful of artists to have new albums charting in every decade since the 50s. Bennett's most recent release, *Bennett Sings Ellington/Hot And Cool* (RPM Records/Columbia), won a Grammy earlier this year for Best Traditional Pop Music Performance.

"Caesars promised big-name entertainment when we came to this community, and we're thrilled to fulfill that promise with Mr. Tony Bennett as our first headliner," said Barry Morris, executive vice president and general manager of Caesars Indiana. "Mr. Bennett's popularity crosses generations, so we're expecting a full house."

Bennett will be joined by his long-time accompaniment, the Ralph Sharon Quartet. The Thursday, November 2 concert at Caesars begins at 7:30 p.m., with doors opening at 7 p.m. Reserved seats ($45 and $35) are available through Ticketmaster outlets, 502-361-3100 or www.ticketmaster.com.

Park Place Entertainment is the world's largest gaming company and owns, manages or has an interest in 28 gaming properties operating under the Bally's, Caesars, Paris, Flamingo, Grand and Hilton brand names with a total of approximately 2 million square feet of gaming space, over 28,000 hotel rooms and approximately 57,000 employees worldwide.

Additional information on Park Place Entertainment can be accessed through the Company's 24-hour investor relations service. Individuals may call toll-free **877-PPE-NYSE (877-773-6973)** or visit www.parkplace.com to obtain the latest Company news and stock price information, or to request information by email, fax or postal mail delivery.

# # #

The Courier-Journal

Tuesday, October 1, 2002

Co............................F4, F5
St..................................F4
Tom ........ey....................F2
TV listings........................F2

**Editor** Greg Johnson,
gjohnson@louisvl12.gannett.com
**Phone:** 582-4667 / **Fax:** 582-4665

# Features

www.courier-journal.com



BY PAT McDONOGH, THE COURIER-JOURNAL.

The Colosseum, the latest addition to Caesars Indiana, seats 1,100 on the floor and in three balconies. Tony Bennett will open the entertainment center Thursday night.

# NEW ROOM, OLD PRO

## Caesars Indiana called on Tony Bennett to open its Colosseum

By JEFFREY LEE PUCKETT
The Courier-Journal

N 1952, TONY BENNETT was just another pop singer to the powerbrokers behind a young Las Vegas. Bennett was booked at the El Rancho, the second casino built in Vegas, at a time when headlining acts were sophisticates such as Noel Coward.

"They were focusing on high-rollers and really wanted to impress people with a lot of money," Bennett recalled during a recent phone interview. "They didn't like recording artists."

The El Rancho was an actual ranch, and Bennett's accommodations weren't far removed from a bunkhouse. "In the room next to me they had horses — and I couldn't sleep," Bennett said, laughing. "Their hooves were pounding on the walls all night."

Bennett, of course, is now firmly established as an entertainment icon, perhaps the world's foremost caretaker of the great American songbook. When he plays Vegas, it's an event.

That's why Bennett was chosen to open the Colosseum, the latest addition

to the Caesars Indiana casino in Bridgeport. He will perform a sold-out show there Thursday night with the Ralph Sharon Trio.

The room, informal but elegant, will seat 1,100 on the floor and in three balconies. More than $5 million has been spent on its renovation from a plain-Jane room into a versatile entertainment center with state-of-the-art sound and lighting that will feature a steady stream of music and occasional boxing.

"I can't imagine a better act to open the room," said Barry Morris, Caesars executive vice president and general manager. "Whether you're a purple-haired punk, a 44-year-old executive or a 65-year-old grandmother, there is something about Tony Bennett that appeals to you."

Bennett typically plays 7,500-seat theaters, Morris said, but at the Colosseum no seat will be farther than 25 yards from the stage, a perfect situation for Bennett's devoted following.

Six weeks ago, Morris said, the Colosseum was a 14,000-square-foot waste of space that had been designed as a banquet facility for businesses using the adjoining 10,000-square foot Conference Center. Walls were removed and balconies installed on three sides.

An enormous freight elevator was added off the hallway behind the stage, making load-in and load-out easier. The sound and lighting systems are portable designs, making it easy to configure the room for music or sports.

Some seats on each level are partially obstructed and will be sold cheaply (in Bennett's case, $25). However, there are seats within obstructed areas that have perfect sightlines; in keeping with the casino spirit, it's a gamble as to whether you land one of the unobstructed seats. Either way, large-screen televisions will be mounted in these areas.

Morris said he plans to have big-name entertainers every two months or so,

with smaller acts once a month. When Morris ran the Grand Casino in Gulfport, Miss., he booked rock-'n'-roll-oldies acts such the Guess Who, Steppenwolf and Duran Duran. For rock acts, most of the floor seats will be removed. A number of bars can be set up on both levels.

"It can go from being a gregarious room to a very intimate room," said Caesars director of communications Judy Hess.

Intimacy is what helped make Vegas into a top music draw, Bennett said.

Louis Prima turned the casino lounges into hot properties by booking top talent — especially himself — which then attracted fellow entertainers as guests, Bennett said. The atmosphere was that of a small party, but one to which the public was invited.

"Stars were unobtainable, only to be seen on the screen, and that's how the movie studios wanted it," Bennett said. "All of a sudden, the public was sitting next to Fred Astaire and Judy Garland, who were there to see Louis Prima. It was unbelievable, so glamorous."

Movie stars will be in short supply Thursday at the Colosseum, but Bennett will provide the glamor. "I'm expecting extreme reverence," Morris said.

> "Whether you're a purple-haired punk, a 44-year-old executive or a 65-year-old grandmother, there is something about Tony Bennett that appeals to you."
>
> — Barry Morris, Caesars executive vice president and general manager.



**C A E S A R S**

INDIANA

Contact:    Judy Hess, 812-969-6718                          October 30, 2000

## M-E-D-I-A   A-D-V-I-S-O-R-Y

### TONY BENNETT CONCERT
### AND COLOSSEUM DEBUT

Pop entertainment icon and nine-time Grammy-winner Tony Bennett will perform a sold-out concert at Caesars Indiana the evening of **THURSDAY, NOV. 2.** The event is the first headline act at Caesars Indiana and is the debut of the new Colosseum and conference center.

| | |
|---|---|
| **6:30 - 7:10 p.m.** | Arrival of guests to newly opened Colosseum entertainment venue and conference center |
| **7:10 p.m.** | Interviews available with Caesars officials; Octavius Room (2nd level)<br>– Barry Morris, Caesars Indiana executive vice president/general manager<br>– Larry Townsend, Riverboat Development Inc. chairman and CEO |
| **7:20 p.m.** | Reporters and photographers escorted to media areas for show |
| **7:30 p.m.** | Media may film and photograph during the first three songs of the performance. No lights or flash photography. |
| **CREDENTIALS:** | News media should fax a credential request on organization letterhead to 812-969-6780, by noon on Thurs., Nov. 2. Please include whether one or two credentials (for both a reporter and photographer) are being requested. Credentials will be considered on a space-available basis and issued the night of the concert, no later than 7:15 p.m. |
| **PARKING:** | Media only may park in the semi-circle just outside the parking garage; take garage elevator to Pavilion. |
| **NOTE:** | Additional information on the new Colosseum and conference center will be available to media the night of the concert, or in advance by calling Judy Hess, 812-969-6718. |

# # #





TAHOE
caesars.com

P. O. Box 5800
Lake Tahoe. NV 89449

# CATCH THE ACTION

## SATURDAY COLLEGE AND SUNDAY NFL AT CLUB NERO

### View ALL the games!

- ◆ $1.00 draft Budweiser
- ◆ $1.00 hot dogs, chicken wings or nachos
- ◆ 64-ounce souvenir Budweiser pitchers $12.00
- ◆ Doors open at 9 am

## MONDAY NIGHT FOOTBALL AT SPORTACUS

### Witness the hard-hitting action

- ◆ $1.00 slice of pizza
- ◆ 64-ounce souvenir Budweiser pitchers $12.00, including refills for $8.00

## WIN A TRIP TO THE PRO BOWL IN HAWAII!

Earn entries throughout the season by simply ordering any Budweiser product during the Saturday college and Sunday NFL games at Club Nero and Monday night football at Sportacus. Winner will be announced on Sunday, December 30 at Club Nero.

For more information call Caesars Tahoe.
**775-586-2044**

Must be at least 21 years or older. Caesars reserves all rights to change or cancel this promotion at any time. Certain restrictions apply. See official Pro Bowl rules at Club Nero.

*Ex. C*

**EXHIBIT C**

Park Place Entertainment - Investor Relations

# Park Place to Build Colosseum Showroom at Caesars Palace

Las Vegas, Nev. – Park Place Entertainment Corporation (NYSE: PPE), the world's largest gaming company, announced today plans to build a 4,000-seat entertainment venue at Caesars Palace in Las Vegas. Designed to resemble the Colosseum in Rome, the $65 million facility will add a stunning new landmark to the center of Las Vegas Boulevard, located at the casino entrance near The Forum Shops at Caesars.

The new Colosseum is the latest element in the Park Place master plan to burnish the luster of the Caesars brand and enhance the market position of Caesars Palace. It comes on the heels of a year-long program of improvements to the property, following its acquisition by Park Place – a year marked by a 37 percent increase in the resort's EBITDA (earnings before interest, taxes, depreciation and amortization).

"The name 'Caesars' has always been synonymous with the word 'entertainment' in Las Vegas," said Thomas E. Gallagher, president and chief executive officer of Park Place Entertainment. "This new venue will mark the Palace's return to that preeminent position.

"More importantly, it is the first step in bringing together the four great casinos (Caesars Palace, Bally's, Paris and Flamingo) we have at the 'four corners' as the entertainment bull's-eye in Las Vegas. It is also dramatic proof that the word 'entertainment' is in our corporate name for a reason," Gallagher said.

John Shigley, president of Caesars Palace, said, "Caesars guests expect the best shows, the best food and the best service, and we are committed to fulfilling those expectations. The Colosseum will be a major element in our master plan to add terrific new entertainment and dining attractions in new venues throughout our property that will enhance and strengthen the Caesars brand."

Master plan elements completed in the year 2000 are: new facades for three of the resort's original hotel towers, a 49,000-square-foot interim event/exhibit pavilion, 600 redesigned guest rooms, two new restaurants and new casino interior design elements. Two new lavish poolside villa suites will be completed this summer (one measuring 10,000 square feet and the other measuring 11,000 sq. ft.), and a new high-limit gaming salon is scheduled to open by year-end.

"The new facades, exhibit pavilion, guest rooms, new restaurants and interior casino design elements were all funded under our maintenance capital spending program in 2000, while the new poolside villas and high-limit gaming salon are part of our development program designed to drive incremental revenues," said Scott LaPorta, Park Place's chief financial officer. "The cost of these two development projects, the Colosseum and a potential new hotel tower, are part of the company's previously announced overall development spending plan for 2001 and 2002."

Plans are being presented to Clark County zoning and planning officials for the Colosseum, which will be 100 feet high and constructed on land formerly occupied by the Omnimax movie theatre. Replacing the famed Circus Maximus Showroom, the Colosseum will feature a huge stage, spanning 22,000 square feet.

Poolside Villa Suites

Scheduled to open this summer are two lavish poolside villa suites. Constructed at a total cost of $24 million, the extravagant new suites are designed to accommodate the Caesars Palace premium casino customer. Spanning 11,000 square feet and 10,000 square feet, respectively, the new pool villas are located above Café Lago, overlooking the 4.5-acre Garden of the Gods pools and gardens.

New Hotel Tower

The company also confirmed that it is in the design and feasibility stages for an 800-room new hotel tower. The new all-suites tower also will feature meeting space, restaurant and retail venues. Details of the project will be available in coming months, following completion of the design and approval process.

Park Place Entertainment Corporation is the world's largest gaming company and owns, manages or has an interest in 28 gaming properties operating under the Caesars, Bally's, Paris, Hilton, Grand and Flamingo brand names, with a total of 2 million square feet of gaming space, more than 28,000 hotel rooms and 57,000 employees worldwide.

Note: This press release contains "forward-looking statements" within the meaning of federal securities law, including statements concerning company plans, expectations, anticipated asset sales, market growth and market and financial projections. The forward-looking statements in this press release are subject to numerous risks and uncertainties, which could cause actual results to differ materially from those expressed in or implied by the statements herein. Additional information concerning potential factors that could affect Park Place's future financial results is included in the company's annual report on Form 10-K for the year ended Dec. 31, 2000.

For the latest Caesars Palace media information and photographs, visit our e-Empire at caesarspalacepr.com

# # #

Contact:
Harry Hagerty
702-699-5030

*Ex. D*

Case 2:02-cv-01287-RLH-RJJ Document 1-1620311   Filed 10/02/02   Page 40 of 100

# Celine Dion and Franco Dragone Announce First On-sale Dates for Tickets to Spectacular Theatrical Presentation to Open at Colosseum at Caesars Palace in March 2003

LAS VEGAS, May 22, 2002 - Chart-topping Sony Music recording artist Celine Dion and acclaimed theatrical innovator Franco Dragone today for the first time toured the new home of their unique stage spectacular, speaking with members of the international media, guests and partners on the stage of the rapidly rising Colosseum at Caesars Palace.

During the inspection tour of the 4,000-seat entertainment and event venue located at the heart of the famed Las Vegas Strip, officials of Concerts West announced that tickets for the much anticipated Dion-Dragone theatrical presentation will go on sale to the public this Thursday, May 23.

Opening in March 2003, Ms. Dion will star in a live, stage spectacular that will introduce a new form of entertainment to Las Vegas. Accompanied by a cast of 70 dancers, musicians, characters and artists, Ms. Dion will headline a performance that fuses song, performance art, theatrical innovation and state-of-the-art technology. Under the direction of Dragone - the creative spirit behind the critically acclaimed Cirque du Soleil[TM] productions - a team of highly skilled designers and artists have united to develop an entertainment experience unlike anything ever seen.

Designed to resemble its ancient namesake, the Colosseum will be the home for this unique production, starring Ms. Dion, directed by Franco Dragone and presented by Concerts West, an AEG Company. The engagement is scheduled to run for a minimum of three years with 200 performances per year in the venue that is being constructed specifically for the show. Caesars Palace is a Park Place Entertainment Corporation (NYSE: PPE) resort.

**Tickets Go On-Sale Thursday, May 23**

Tickets for the first three months of performances (60 shows) will be available to the public for the first time beginning tomorrow, Thursday, May 23, at 1:00 PM EDT, 10:00 AM PDT via Ticketmaster's charge-by-phone network (702-474-4000), online at www.ticketmaster.com and at the Caesars Palace box office. In order to allow the greatest number of Celine Dion fans the opportunity to attend performances during the first three months of the engagement, a limit of eight (8) tickets per purchaser will be enforced for the first day of sale. Tickets will be priced from $87.50 to $200.00.

**Rehearsals to Begin**

The creative process already has begun. Rehearsals with the cast start on June 24 in La Louvière, Belgium (where the DRAGONE company is based). Franco Dragone has begun to gather a who's-who of internationally renowned multi-disciplined artists to develop the essence of the show. Over the coming months, he will discover their individual talents and bring them together to create new forms of expression. The artistic team, chosen for their unique qualities, not their physical profile or experience, are the true definers of this work in progress.

**Creative 'Dream Team'**

An unprecedented alliance of creative partners has come together to create an incomparable stage experience. They include Dion, her husband René Angélil and their company, CDA Productions Inc., which will produce the show in association with Franco Dragone's company, DRAGONE. The show will be presented by Concerts West at Caesars Palace. Dragone continues to assemble an all-star production team that includes lighting designer Yves Aucoin, associate director Pavel V. Brun, set designer Michel Crête, projection content designer Dirk Decloedt, musical director Claude (Mégo) Lemay and costume designer Dominique Lemieux.

"When I met Celine and René in Florida nearly two years ago, I felt a certain magic. A new alchemy was formed that inspired us to develop a partnership to create a show for Celine,"

Dragone commented. "Since then, we have been joined by a number of superb partners and together we are pooling our creativity and talents to bring this fabulous project to life."

The deal truly began to take shape when AEG President Timothy J. Leiweke was approached by Angélil and Ms. Dion to discuss the creation of the show.

"It was not only our great admiration for Celine as a performer but our tremendous respect for her and René as the people they are that led us to this partnership," said. Leiweke. "Under the leadership of Concerts West, this 'one-of-a-kind' production will show how the synergies of the AEG affiliated companies create tremendous opportunities for our organizations and those we do business with."

"Concerts West is dedicated to creating this type of 'one-of-a-kind' production for audiences worldwide," said John Meglen, Co-CEO of Concerts West. "We are excited to team with Caesars Palace, which has a long history of hosting internationally renowned entertainment and events. We are so privileged to be associated with Celine Dion, René Angélil and Franco Dragone; three individuals we consider not only to be among the most talented in their fields but the most honorable partners any organization could have."

"The opening of the Colosseum next March will begin an exciting new chapter in the legendary story of Caesars Palace, the best known casino resort brand in the world," said Park Place President and Chief Executive Officer Thomas E. Gallagher. "The Palace has a rich history of hosting the world's most exciting talent. For that reason, it will be the perfect home to what is truly a 'Dream Team' of the performing arts. We're very pleased that we're able to accelerate the launch of ticket sales to accommodate all the requests that we've been receiving."

Everyone involved with the project participated in the planning and design stages for the Colosseum at Caesars Palace. Ultimately, theatre/entertainment design firm Scéno Plus, Inc. of Montreal was chosen to create the new structure with Perini Building Company of Las Vegas selected as the project's general contractor.

"Our mandate from Celine was to bring her as close as possible to her fans," said Colosseum designer Patrick Bergé, president of Scéno Plus. "Our mandate from Franco was to create a vast performance space. Intimacy and immensity in a single venue. The round building was the perfect solution, with the farthest seat only 120 feet from the stage. This distance compares to showrooms that have one-third or one-fourth of the Colosseum's seating capacity. And the shape also enhances the acoustics, which will be amazing," Bergé added.

**About the Partners**

For nearly fifteen years, Franco Dragone directed the critically acclaimed shows produced by Cirque du Soleil. His reputation was built through the worldwide success of a range of shows that include: "O", Mystère, La Nouba, Quidam and Saltimbanco. In early 2000, Franco Dragone decided to explore other opportunities to showcase his talent and inspired to handle all production aspects of his artistic works. This led to the creation of DRAGONE, an independent company designed to autonomously manage and create all aspects of a production. He chose to base the company in La Louvière, the small industrial town in Belgium he has called home since the age of seven.

Park Place Entertainment Corporation (NYSE: PPE) is the world's largest gaming company. Park Place Entertainment owns, manages or has an interest in 28 gaming properties around the world that operate under the Bally's, Caesars, Flamingo, Grand Casinos, Hilton and Paris brands with a total of two million square feet of gaming space, more than 28,000 hotel rooms and 55,000 employees.

Based in Los Angeles, Concerts West, Ltd. is one of the world's largest producers and promoters of live music events and tours. Run by veteran tour promoters John Meglen and Paul Gongaware, the company's primary focus is indoor arenas, which allows for an extension of artists' tours and increased revenue by eliminating seasonality. Concerts West is and AEG Company.

AEG, a wholly owned subsidiary of The Anschutz Corporation, owns or controls a collection of companies including facilities such as STAPLES Center, the London Arena, The Forum (as exclusive booking agent for sports and entertainment programming), HealthSouth Training Center and the Kodak Theater (as operator); sports franchises including the Los Angeles Kings (NHL), the Manchester Monarchs (AHL), Redding Royals (ECHL), Los Angeles Galaxy, Chicago Fire, Colorado Rapids, New York/New Jersey Metrostars and DC United (MLS) and six hockey franchises operated in Europe; management of shares of the Los Angeles Lakers (NBA) and Los Angeles Sparks (WNBA) owned by Philip Anschutz; AEG Marketing, a sponsorship, sales, naming rights and consulting company; Spring Communications, devoted to creation and marketing of live events for pay-per-view and other electronic media; AEG Creative, a full-service marketing and advertising agency; Creative Battery, producers of live entertainment for a variety of media and venues; Concerts West and Golden Voice, live entertainment promotion and touring companies.

AEG is currently overseeing the development of L.A. Live, a proposed 4 million square foot development featuring a 7000-seat state-of-the-art live theatre, a 1,200-room convention "headquarters" hotel along with entertainment, restaurant, residential and office space all adjacent to STAPLES Center. In addition, AEG is spearheading the creation of a $120 million national training academy that will include major facilities for soccer, tennis, track & field, cycling, basketball and other sports in southern California. The company was recently selected to fully develop the 28-acre Millennium Dome and adjacent property located in the eastern part of London along the Thames River and will create new arenas in both within the Millennium Dome and on a 50-acre site in the heart of Berlin.

Press kit and downloadable photos available at caesarspalacepr.com/celinedion.

# # #

Contact:
Harry Hagerty
702-699-5030

*Ex. E*



### UNITED STATES PATENT AND TRADEMARK OFFICE

## Trademark Electronic Search System (TESS)

USPTO

*TESS was last updated on Tue Oct 1 04:35:28 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | PREV LIST | NEXT LIST | BOTTOM |

| HELP |

Logout | *Please logout when you are done to release system resources allocated for you.*

Start List At: | OR Jump to record: | **153 Records(s) found (This page: 1 ~ 100)**

(Cyrus )[ON] with (Milanian)[ON] | Refine Search

**Current Search: S2: (Cyrus )[ON] with (Milanian)[ON] docs: 153 occ: 306**

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78059056 | | THE EMPIRE | TARR | LIVE |
| 2 | 78094590 | | THE TOWER PISA | TARR | LIVE |
| 3 | 78093285 | | THE SISTINE CHAPEL | TARR | LIVE |
| 4 | 78047537 | | THE TRAFALGAR SQUARE | TARR | LIVE |
| 5 | 78090499 | | JULIUS CAESAR | TARR | DEAD |
| 6 | 78096020 | | THE CROOKEDEST STREET | TARR | LIVE |
| 7 | 78047542 | 2619028 | THE PARLIAMENT | TARR | LIVE |
| 8 | 78046458 | | ROME, ITALY EXPERIENCE | TARR | LIVE |
| 9 | 78042627 | | SAN FRANCISCO AT THE STRIP | TARR | LIVE |
| 10 | 78096005 | | S.F. THE CITY | TARR | LIVE |
| 11 | 78047055 | 2616041 | THE SHIP | TARR | LIVE |
| 12 | 78043073 | | THE CITY BY THE BAY, AT THE STRIP LV | TARR | LIVE |
| 13 | 78089023 | | THE ANTIANTHRAX | TARR | LIVE |
| 14 | 78070320 | | THE NEW USA | TARR | LIVE |
| 15 | 78047552 | 2610737 | THE DOME | TARR | LIVE |
| 16 | 78042180 | 2610727 | THE NEW LONDON | TARR | LIVE |
| 17 | 78043110 | | THE RESORT SAN FRANCISCO | TARR | LIVE |
| 18 | 78087145 | | THE ORIENT | TARR | LIVE |
| 19 | 78046229 | | I LOVE THE NEW LONDON | TARR | DEAD |

| 20 | 78087700 | | THE PANTHEON | TARR | LIVE |
|----|----------|---|------------------------------------------------|------|------|
| 21 | 78070316 | | THE NEW EUROPE | TARR | LIVE |
| 22 | 78042632 | 2596093 | THE NEW AIRPORT | TARR | LIVE |
| 23 | 78046794 | | THE NEW ROME THE ANCIENT ROME THE ETERNAL CITY | TARR | LIVE |
| 24 | 78089028 | | MATA HARI | TARR | LIVE |
| 25 | 78070305 | | THE COINLESS THE COINFREE CARDS | TARR | LIVE |
| 26 | 78051989 | | THE NEW ATLANTIC CITY | TARR | LIVE |
| 27 | 78059830 | | THE COLOSSEUM | TARR | LIVE |
| 28 | 78044978 | | I LOVE THE NEW ATLANTIC CITY | TARR | LIVE |
| 29 | 78134614 | | THE LONDON EYE EXPERIENCE | TARR | LIVE |
| 30 | 78134219 | | THE COLOSSEUM | TARR | LIVE |
| 31 | 78046791 | | THE UNSINKABLE THE SHIP OF DREAMS | TARR | LIVE |
| 32 | 78046465 | | THE HYDE PARK EXPERIENCE | TARR | LIVE |
| 33 | 78132978 | | THE COLOSSEUM | TARR | LIVE |
| 34 | 78046030 | | I LOVE THE NEW LAS VEGAS | TARR | LIVE |
| 35 | 78131749 | | TIP OF THE ICEBERG | TARR | LIVE |
| 36 | 78131738 | | THE WESTMINSTER ABBEY EXPERIENCE | TARR | LIVE |
| 37 | 78131735 | | THE TOWER OF LONDON EXPERIENCE | TARR | LIVE |
| 38 | 78132720 | | THE PACIFIC HEIGHTS AND THE MARINA | TARR | LIVE |
| 39 | 78132718 | | THE NOB HILL | TARR | LIVE |
| 40 | 78132591 | | THE HEAVEN AND HELL | TARR | LIVE |
| 41 | 78131759 | | PATENTED TITANIC | TARR | LIVE |
| 42 | 78059051 | | THE ASIA EXPERIENCE | TARR | LIVE |
| 43 | 78046643 | | I LOVE ROME | TARR | LIVE |
| 44 | 78044615 | | RED STAR LINE | TARR | LIVE |
| 45 | 78128069 | | I LOVE S.F. THE CITY BY THE BAY | TARR | LIVE |
| 46 | 78059029 | | THE NEW HONG KONG | TARR | LIVE |
| 47 | 78046638 | | I LOVE LONDON | TARR | LIVE |
| 48 | 78046630 | | I LOVE SPAIN | TARR | LIVE |
| 49 | 78090495 | | THE ROMAN EMPIRE | TARR | LIVE |
| 50 | 78070312 | | THE CASINO CARD | TARR | LIVE |
| 51 | 78066083 | | THE CASHLESS CARD | TARR | DEAD |
| 52 | 78043092 | | THE NEW ASIA, THE NEW ORIENT, THE NEW EAST, THE NEW CHINA, THE NEW JAPAN, THE NEW USA | TARR | LIVE |
| 53 | 78043072 | | THE CITY BY THE BAY, LAS VEGAS EXPERIENCE | TARR | LIVE |
| 54 | 78043070 | | THE NEW CITY BY THE BAY | TARR | LIVE |

| 55 | 78059243 | THE BUCKINGHAM PALACE LV | TARR | LIVE |
|---|---|---|---|---|
| 56 | 78046479 | ROME | TARR | LIVE |
| 57 | 78066085 | THE CASHFREE CARD | TARR | LIVE |
| 58 | 78059033 | THE HONG KONG EXPERIENCE | TARR | LIVE |
| 59 | 78042635 | LONDON AT THE STRIP LV | TARR | LIVE |
| 60 | 78084907 | I LOVE THE NEW AMERICA U.S.A. | TARR | LIVE |
| 61 | 78084905 | I LOVE THE NEW U.S.A. | TARR | LIVE |
| 62 | 78102388 | THE RESORT ROME | TARR | LIVE |
| 63 | 78102680 | THE RESORT SAN FRANCISCO THE CITY BY THE BAY AT THE WHARF | TARR | LIVE |
| 64 | 78046464 | THE THAMES RIVER EXPERIENCE | TARR | LIVE |
| 65 | 78046463 | THE WESTMINSTER PALACE GARDENS EXPERIENCE | TARR | LIVE |
| 66 | 78046461 | THE TOWER BRIDGE | TARR | LIVE |
| 67 | 78071927 | SPAIN, THE LAS VEGAS EXPERIENCE | TARR | LIVE |
| 68 | 78097661 | LEWISVSTYSON.COM | TARR | LIVE |
| 69 | 78096011 | CHINA IN THE DESERT VALLEY | TARR | LIVE |
| 70 | 78095975 | ROME IN THE DESERT VALLEY AT THE STRIP | TARR | LIVE |
| 71 | 78095883 | SAN FRANCISCO, THE CITY BY THE BAY IN THE DESERT VALLEY MOUNTAIN | TARR | LIVE |
| 72 | 78046429 | NEW: THE STREET BAZAAR,THE ROYALS,THE COCKNEY,THE BOBBY,THE CABBIE,THE DOUBLE-DECKER,THE THEATRELAND,THE RIVERSIDE PUBS,THE RIVER THAMES,THE WESTMINSTER,THE HAMPTON COURT,THE GREENWICH,THE CHARING CROSS,THE CLEOPATRA NEEDLE,THE WATERLOO STATION,THE TOWER BRIDGE,THE BILLINGSGATE MARKET,THE BUTLER'S WHARF,THE HOUSE OF PARLIAMENT,THE BUCKINGHAM PALACE,THE BANQUETING HOUSE,THE NO# 10 DOWNING STREET,THE BIG BEN,THE VICTORIA PALACE GARDENS,THE JEWEL TOWER,THE CHANGING OF THE GUARD,THE ST. JAMES PALACE,THE WEST END,THE EAST END,THE PICCADILLY CIRCUS SHOPS,THE SOHO SQUARE,THE TRAFALGAR SQUARE,THE COVENT GARDEN,THE NATIONAL GALLERY,THE OXFORD STREET,THE ST' JAMES STREET,THE GENTLEMEN'S CLUB,THE WATERLOO PLACE STATION,THE ROYAL TERRACE,THE BERKELEY SQUARE,THE EXCLUSIVE MAYFAIR,THE MARYLEBONE,THE BLOOMSBURY,THE BAKER STREET,THE KENSINGTON HIGH STREET GARDENS,THE | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| | | CHELSEA,THE KNIGHTBRIDGE GARDENS,THE HYDE PARK,THE SOUTH BANK,THE HOLBORN HILL,THE VILLAGE SHOPS,THE RICHMOND PALACE GARDENS, REPLICAS EXPERIENCE | | | |
| 73 | 78046460 | THE BIG BEN | | TARR | LIVE |
| 74 | 78043093 | I LOVE THE NEW TITANIC | | TARR | LIVE |
| 75 | 78042177 | THE AIRPORT | | TARR | LIVE |
| 76 | 76020013 | THE NAPA VALLEY WINERIES S.F.L.V. | | TARR | LIVE |
| 77 | 76041529 | THE UNION SQUARE S.F.L.V. | | TARR | LIVE |
| 78 | 76001642 | CYBER CONVENTIONS | | TARR | LIVE |
| 79 | 76210923 | THE BIG BEN | | TARR | LIVE |
| 80 | 76041530 | THE EARTHQUAKE AND FIRE | | TARR | LIVE |
| 81 | 76189723 | PATENTED TITANIC | | TARR | LIVE |
| 82 | 76020020 | THE WALL STREET | | TARR | LIVE |
| 83 | 76302255 | ROME LAS VEGAS COLOSSEUM | | TARR | LIVE |
| 84 | 76211019 | | | TARR | LIVE |
| 85 | 76020015 | 2566009 | THE CABLE CARS S.F.L.V. | TARR | LIVE |
| 86 | 76020009 | 2566008 | THE PIER S.F.L.V. | TARR | LIVE |
| 87 | 76020005 | 2566007 | THE NEW SAN FRANCISCO | TARR | LIVE |
| 88 | 76020002 | | I LOVE SAN FRANCISCO | TARR | LIVE |
| 89 | 76020017 | 2562413 | THE HAIGHT-ASHBURY S.F.L.V. | TARR | LIVE |
| 90 | 76020018 | 2559996 | THE GOLDEN GATE TO PARADISE S.F.L.V. | TARR | LIVE |
| 91 | 76020016 | 2559995 | THE SAUSALITO S.F.L.V. | TARR | LIVE |
| 92 | 76020008 | 2559994 | THE SAN FRANCISCO BAY S.F.L.V. | TARR | LIVE |
| 93 | 76020000 | 2559993 | FIND YOUR HEART IN SAN FRANCISCO | TARR | LIVE |
| 94 | 76020014 | 2548291 | THE JAPANESE GARDENS S.F.L.V. | TARR | LIVE |
| 95 | 76031952 | | SAN FRANCISCO | TARR | LIVE |
| 96 | 76020019 | | THE JAPANTOWN | TARR | LIVE |
| 97 | 76020010 | | THE LOMBARD STREET S.F.L.V | TARR | LIVE |
| 98 | 76187307 | | THE NEW TITANIC | TARR | LIVE |
| 99 | 76020003 | | SAN FRANCISCO THE MOST BELOVED PLACE INTHE WORLD | TARR | DEAD |
| 100 | 76020001 | | SAN FRANCISCO THE WORLD'S MOST DESIRABLE PLACE TO VISIT | TARR | DEAD |



### UNITED STATES PATENT AND TRADEMARK OFFICE

**Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Oct 1 04:35:28 EDT 2002*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | PREV LIST | NEXT LIST | BOTTOM |
| HELP |

**Logout** *Please logout when you are done to release system resources allocated for you.*

**Start** **List At:** [____] OR **Jump** to **record:** [____]

## 153 Records(s) found (This page: 101 ~ 153)

(Cyrus )[ON] with (Milanian)[ON]    **Refine Search**

**Current Search: S2: (Cyrus )[ON] with (Milanian)[ON] docs: 153 occ: 306**

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 101 | 76031953 | | HILLARY'S SECRET.COM | TARR | LIVE |
| 102 | 76222815 | | THE NEW LONDON | TARR | LIVE |
| 103 | 76020004 | | S.F. | TARR | LIVE |
| 104 | 76189599 | | TITANIC LV | TARR | LIVE |
| 105 | 76041531 | | THE PRESIDIO S.F.L.V. | TARR | LIVE |
| 106 | 76026188 | | THE NEW ATLANTIC CITY RESORT HOTEL CASINO AND THEME PARK | TARR | LIVE |
| 107 | 76020012 | | THE COIT TOWER S.F.L.V | TARR | LIVE |
| 108 | 76020011 | | THE ALCATRAZ ISLAND "THE ROCK" S.F.L.V. | TARR | LIVE |
| 109 | 76020007 | | THE CHINATOWN S.F.L.V | TARR | LIVE |
| 110 | 76020006 | | THE FISHERMAN'S WHARF S.F.L.V | TARR | LIVE |
| 111 | 76001398 | | THE CLEVER CARD | TARR | LIVE |
| 112 | 75631194 | | THE AIRO VEGAS | TARR | LIVE |
| 113 | 75857260 | | SFLV | TARR | LIVE |
| 114 | 75669869 | | THE PALM COURT CAFE | TARR | DEAD |
| 115 | 75573194 | | SAN FRANCISCO LAS VEGAS NEVADA HOTEL CASINO RESORT AND THEME PARK | TARR | LIVE |
| 116 | 75526402 | | WHITE STAR LINE | TARR | LIVE |
| 117 | 75864006 | | BAY AREA HOTEL CASINO RESORT AND | TARR | LIVE |

|   |   |   | THEME PARK | | |
|---|---|---|---|---|---|
| 118 | 75669873 | 2601573 | THE FIRST CLASS GRAND STAIRCASE | TARR | LIVE |
| 119 | 75669868 | 2601572 | THE STEERAGE | TARR | LIVE |
| 120 | 75864007 |   | CITY BY THE BAY HOTEL CASINO RESORT ANDTHEME PARK | TARR | LIVE |
| 121 | 75857257 |   | MIAMI FLORIDA LAS VEGAS NEVADA HOTEL CASINO RESORT AND THEME PARK | TARR | LIVE |
| 122 | 75782005 |   | INTERNETTOR | TARR | LIVE |
| 123 | 75864008 |   | BRILLIANT CARD | TARR | LIVE |
| 124 | 75907543 | 2583158 | SAN FRANCISCO LAS VEGAS | TARR | LIVE |
| 125 | 75600562 | 2562148 | 2:20 A.M. APRIL 15, 1912 | TARR | LIVE |
| 126 | 75573199 | 2562138 | 1912 PORT OF SOUTHAMPTON | TARR | LIVE |
| 127 | 75669867 | 2559369 | SOS CQD MGY 41 46' NORTH 50 14' WEST | TARR | LIVE |
| 128 | 75526404 | 2559207 |   | TARR | LIVE |
| 129 | 75600563 | 2556465 | 11:40 P.M. APRIL 14, 1912 | TARR | LIVE |
| 130 | 75569489 |   | THE UNSINKABLE | TARR | LIVE |
| 131 | 75526408 |   | R.M.S. TITANIC | TARR | LIVE |
| 132 | 75857259 |   | CYRUS | TARR | DEAD |
| 133 | 75719705 | 2518120 | THE NEW LAS VEGAS | TARR | LIVE |
| 134 | 75600973 | 2517939 | TIP OF THE ICEBERG | TARR | LIVE |
| 135 | 75857258 |   | ORLANDO LAS VEGAS NEVADA HOTEL CASINO RESORT AND THEME PARK | TARR | LIVE |
| 136 | 75857256 |   | SHANGRI-LA RESORT | TARR | DEAD |
| 137 | 75769507 |   | OLYMPIC ROYAL MAIL STEAMSHIP WHITE STAR LINE RESORT AND THEME PARK | TARR | DEAD |
| 138 | 75769506 |   | BRITANNIC ROYAL MAIL STEAMSHIP WHITE STAR LINE RESORT & THEME PARK | TARR | LIVE |
| 139 | 75769505 |   | TITANIC ROYAL MAIL STEAMSHIP WHITE STARLINE RESORT & THEME PARK | TARR | LIVE |
| 140 | 75719723 | 2458256 | JACOBEAN ROOM | TARR | LIVE |
| 141 | 75669880 |   | R.M.S. TITANIC - THE VOYAGE | TARR | LIVE |
| 142 | 75669879 |   | R.M.S. TITANIC - THE EXPERIENCE | TARR | LIVE |
| 143 | 75669878 |   | R.M.S. TITANIC - THE PASSAGE | TARR | LIVE |
| 144 | 75669874 |   | CAFE PARISIEN | TARR | DEAD |
| 145 | 75669872 |   | THE VERANDAH CAFE | TARR | DEAD |
| 146 | 75669871 |   | R.M.S. TITANIC - THE GYRE | TARR | LIVE |
| 147 | 75669870 |   | THE A LA CARTE RESTAURANT | TARR | DEAD |
| 148 | 75631193 |   | R.M.S. TITANIC - THE RIDE | TARR | LIVE |
| 149 | 75599824 | 2443194 |   | TARR | LIVE |

Record List Display

| 150 | 75596934 | | | TARR | LIVE |
|-----|----------|---|---|------|------|
| 151 | 75573195 | | TITANICA | TARR | LIVE |
| 152 | 75573193 | | TITANICICEBERG | TARR | LIVE |
| 153 | 75526401 | | WHITE STAR LINE R.M.S.TITANIC AND THE ICEBERG AND THE PORT OF SOUTHAMPTON | TARR | LIVE |

PTO HOME    TRADEMARK    TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    PREV LIST    NEXT LIST    TOP

HELP

Ex. F

Case 2:02-cv-01294-RLH-RJJ   Document 13-2   Filed 10/02/02   Page 52 of 100



LAS VEGAS REVIEW-JOURNAL

HOME PAGE

• HEADLINES •

**SECTIONS**

NEWS

SPORTS

  Nevada Golf Network

  Betting Line

BUSINESS

  Stocks

  LV Stock Index

  Financial Calculators

LIFESTYLES

  Book Your Travel

  LV Health

NEON

  Dining

  Showguide

  Nightlife

  Movies

  TV Listings

OPINION

  Columnists

FEEDBACK

IN-DEPTH

OBITUARIES

CLASSIFIEDS

  @uto Guide

WEATHER

REAL ESTATE



SUBSCRIBE
to the
Review-Journal

**Recent Editions**

  Sunday

  Monday

  Tuesday

  Wednesday

  Thursday

  Friday

  Saturday

  Archive

**Fun Stuff**

Monday, January 10, 2000
Copyright © Las Vegas Review-Journal

Printable version of
this story

# GAMING CHIPS: There's a story behind the hype of New Year's on the Strip



**LEN BUTCHER**

**MORE COLUMNS**

There's been a lot of hoopla over the New Year's celebrations in Las Vegas, with some saying it was a winner, while others faulting the outrageous prices.

First of all, as far as the more upscale properties are concerned, those price tags bandied about were illusory: Most of the suites and higher-priced rooms went to high rollers who get their rooms free and there were very few newcomers occupying hotel space.

Besides charging high prices themselves, resorts faced the same pinch from suppliers and entertainers. This meant the hotels had to either pass that extra expense on to the public, or take a bath themselves. Guess which they chose?

Despite this, several hundred thousand people converged on Las Vegas to spend large, much to the delight of casino operators.

-- -- --

**THE REEL WORLD:** Mandalay Resort Group's recent decision to reduce its casinos' slot-club benefits by one-third hurt the company over the holidays, sources say.

It put Mandalay in a position of no longer being competitive and many high-end slot players apparently stayed away from Mandalay's properties. Action from these players can add nicely to a casino's bottom line, so we may soon see those benefits returning.

-- -- --

**WHO IS CYRUS MILANIAN?** Few in Las Vegas had heard of Cyrus Milanian until last week, when he called to say he was the "mystery man" in the drama surrounding Phil Ruffin's plans to build the City by the Bay.

Before we get to his story, let's set the scene.

Comics
Crosswords
Horoscopes
Kids Area
Gallery
**Extras**
Yellow Pages
Buy Tickets
LV Links
Newspaper Subscription
News Tips
Work for Us
Contact Us
Rate us
Advertiser Directory









Ruffin announces plans for a San Francisco-themed resort to replace the New Frontier. Mark Advent of Las Vegas, whose company created the concept for New York-New York, says he created the idea for a San Francisco-themed hotel-casino and had worked for two years with Ruffin to create such a resort. Ruffin didn't cut Advent in, and Advent says he's going to sue.

Another player: Luke Brugnara, the San Francisco real estate investor who bought the Silver City Casino and adjacent shopping mall at Las Vegas Boulevard and Convention Center Drive.

He plans to build his very own San Francisco-themed resort, no matter what Ruffin does. At least New York-New York is two New Yorks in name only. Could we stand two San Franciscos? And who would want to?

Now, in a tale with as many curves as Lombard Street, along comes Milanian, who says he owns the trademark for, in his words, "San Francisco Hotel Resort Casino and Theme Park in Las Vegas Nevada." Quite a mouthful.

The Pompano Beach, Fla., resident says he was expecting to do a joint venture in any project with a San Francisco theme and had spoken to Ruffin. The discussions were confidential, he adds, but "I'm not accepting his offer."

Unlike Advent, however, Milanian says he has no plans to sue.

"I would like to meet with everyone involved and see if we could work something out to everyone's satisfaction," he said.

If that fails, Milanian says he would like to sit down at a poker table, "or play any game they choose," and winner take all, in the sense of owning the rights to the theme.

-- -- --

**TROUBLE BREWING DOWN UNDER:** The country that developed a regulatory theme for online casinos and sports books, is now having second thoughts about gambling on the Internet.

At a time when the United States is trying to decide whether to ban or regulate online gambling, Australia is going to conduct a government review to determine if such easy access to betting contributes to problem gambling.

If it finds that it does, and Prime Minister

Case 2:02-cv-01287-RLH-RJJ    Document 1-1620311    Filed 10/02/02    Page 54 of 100

LAS VEGAS RJ:BUSINESS: GAMING CHIPS: There's a story behi.                    Page 3 of 4

John Howard said it has become a major social concern, then the Aussies may decide to ban Internet gambling. The results of its findings will most likely have a major impact on any legislation presented here in the United States.

-- -- --

**NORTH TO CANADA:** Ever since Detroit OK'd casinos, Casino Windsor, just southeast of Detroit, has looked for new ways to compete, after enjoying a monopoly for several years.

As Detroit readied to open its second casino, Casino Windsor unveiled its new 18,000-square-foot den for high rollers. Called the Canadian Club Salon, the three-floor gaming area features 22 table games and a private 100-seat restaurant.

Minimum bets are $100 Canadian ($68.66 U.S.) during peak hours and $50 ($34.33 U.S.) in off hours. There will also be another room within the salon with even higher- limit tables. The Canadian Club Salon was designed by Las Vegas architect Paul Steelman.

Casino Windsor is also hoping Arthur Goldberg, head honcho at Park Place Entertainment Corp., will let them erect a Caesars World sign. Caesars World, now a Park Place property, has been operating the government-owned Casino Windsor.

Gaming Chips appears Mondays and is compiled by Len Butcher of Lasvegas.com Gaming Wire.

---

### E-mail this story to a friend:

Your friend's e-mail address:

Your e-mail address:

Submit    Reset

---

Give us your FEEDBACK on this or any story.

1999 BEST OF LAS VEGAS RESULTS

Fill out our Online Readers' Poll

[News] [Sports] [Business] [Lifestyles] [Neon] [Opinion] [in-depth]
[Columnists] [Help/About] [Archive] [Community Link] [Current Edition]

http://www.lvrj.com/lvrj_home/2000/Jan-10-Mon-2000/business/12708538.html                    10/1/02

[Classifieds] [Real Estate] [TV] [Weather]
[EMAIL] [SEARCH] [HOME]

Brought to you by the Las Vegas Review-Journal. Nevada's largest daily newspaper.

News | Sports | Business | Living | Entertainment | Opinion | e-Forums
Community Link | Classifieds | Real Estate | Weather
Current Edition | Archive | Search | Contact the RJ | HOME

For comment or questions, please email webmaster@lvrj.com
Copyright © Las Vegas Review-Journal, 1997 - 2002

Stephens Media Group Privacy Statement

Ex. G

[ Home ] [ Site M

# RESORTS CENTER . COM

## Home Page

Titanic Resort
San Francisco Las Vegas
The New San Francisco
The New Las Vegas
Island Resort
The Clever Card
Hillary's Secret.COM
The Wall Street Resort
Cyber Conventions
Brilliant Card
Orlando Las Vegas Resort
Jacobean Room
CYRUS
Miami FL. Las  Vegas
The Airo Vegas

Products and Services

TRADEMARKS

LICENSING

PRODUCTS

MERCHANDISING

General Information



CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS
MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS
AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN
THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING
TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS
MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND
PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF
THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

PAGE: 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

| THE BIG BEN |
|---|
| THE DOME |
| THE PARLIAMENT |
| THE NEW LONDON |
| THE NEW ROME THE ANCIENT ROME THE ETERNAL CITY |
| THE NEW AIRPORT |
| THE ASIA EXPERIENCE |
| THE AIRPORT |
| THE COLOSSEUM |
| THE EMPIRE |
| THE HYDE PARK EXPERIENCE |
| THE TRAFALGAR SQUARE |
| THE UNSINKABLE THE SHIP OF DREAMS |
| THE SHIP |
| I LOVE THE NEW LONDON |
| SPAIN THE LAS VEGAS EXPERIENCE |
| THE NEW USA |
| THE NEW EUROPE |
| THE CASINO CARD |

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

**The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.**

## MARLANIA™

TITANIC THEME RESORT                    SAN FRANCISCO THEME RESORT

Resort Plans                    Resort Plans

Merchandise                              Merchandise

Investment                               Investment

[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las  Vegas ] [ The Airo Vegas ]
[ SFLV.com ][ USPTO.GOV.com ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**

www.resortscenter.com

Email: sales@resortscenter.com

[ Home ] [ Site M

# RESORTS CENTER . COM

**Titanic Resort**
**San Francisco Las Vegas**
**The New San Francisco**
**The New Las Vegas**
**Island Resort**
**The Clever Card**
**Hillary's Secret.COM**
**The Wall Street Resort**
**Cyber Conventions**
**Brilliant Card**
**Orlando Las Vegas Resort**
**Jacobean Room**
**CYRUS**
**Miami FL. Las Vegas**
**The Airo Vegas**

Products and Services

### TRADEMARKS

### LICENSING

### PRODUCTS

### MERCHANDISING



General Information



CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

| |
|---|
| THE COINLESS THE COINFREE CARDS |
| THE CASHFREE CARD |
| THE CASHLESS CARD |
| THE BUCKINGHAM PALACE T.V. |
| THE HONG KONG EXPERIENCE |
| THE NEW HONG KONG |
| I LOVE ROME |
| THE NEW ATLANTIC CITY |
| I LOVE THE NEW LAS VEGAS |
| ROME |
| THE THAMES RIVER EXPERIENCE |
| THE WESTMINSTER PALACE GARDENS EXPERIENCE |
| THE TOWER BRIDGE |
| ROME, ITALY EXPERIENCE |
| I LOVE LONDON |
| I LOVE SPAIN |
| NEW: THE STREET BAZAAR, THE ROYALS, THE COCKNEY, THE BOBBY, THE CABBIE, THE DOUBLE-DECKER, THE THEATRELAND, THE RIVERSIDE PUBS, THE RIVER THAMES, THE WESTMINSTER, THE HAMPTON COURT, THE GREENWICH, THE CHARING CROSS, THE CLEOPATRA NEEDLE, THE WATERLOO STATION, THE TOWER BRIDGE, THE BILLINGSGATE MARKET, THE BUTLER'S WHARF, THE HOUSE OF PARLIAMENT, THE BUCKINGHAM PALACE, THE BANQUETING HOUSE, THE NO? 10 DOWNING STREET, THE BIG BEN, THE VICTORIA PALACE GARDENS, THE JEWEL TOWER, THE CHANGING OF THE GUARD, THE ST JAMES PALACE, THE WEST END, THE EAST END, THE PICCADILLY CIRCUS SHOPS, THE SOHO SQUARE, THE TRAFALGAR SQUARE, THE COVENT GARDEN, THE NATIONAL GALLERY, THE OXFORD STREET, THE ST JAMES STREET, THE GENTLEMEN'S CLUB, THE WATERLOO PLACE STATION, THE ROYAL TERRACE, THE BERKELEY SQUARE, THE EXCLUSIVE MAYFAIR, THE MARYLEBONE, THE BLOOMSBURY, THE BAKER STREET, THE KENSINGTON HIGH STREET GARDENS, THE CHELSEA, THE KNIGHTBRIDGE GARDENS, THE HYDE PARK, THE SOUTH BANK, THE HOLBORN HILL, THE VILLAGE SHOPS, THE RICHMOND PALACE GARDENS, REPLICAS EXPERIENCE |
| I LOVE THE NEW ATLANTIC CITY |
| RED STAR LINE |

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

**The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.**

## MARLANIA™

TITANIC THEME RESORT

Resort Plans

Merchandise

Investment

SAN FRANCISCO THEME RESORT

Resort Plans

Merchandise

Investment



[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**
www.resortscenter.com
Email: sales@resortscenter.com

[ Home ] [ Site M

# RESORTS CENTER . COM

**Titanic Resort**
**San Francisco Las Vegas**
**The New San Francisco**
**The New Las Vegas**
**Island Resort**
**The Clever Card**
**Hillary's Secret.COM**
**The Wall Street Resort**
**Cyber Conventions**
**Brilliant Card**
**Orlando Las Vegas Resort**
**Jacobean Room**
**CYRUS**
**Miami FL. Las Vegas**
**The Airo Vegas**

Products and Services

## TRADEMARKS

## LICENSING

## PRODUCTS

## MERCHANDISING



### General Information

CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

PAGE: 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

| |
|---|
| I LOVE THE NEW TITANIC |
| THE NEW ASIA, THE NEW ORIENT, THE NEW EAST, THE NEW CHINA, THE NEW JAPAN, THE NEW USA |
| THE CITY BY THE BAY, AT THE STRIP LV |
| THE CITY BY THE BAY, LAS VEGAS EXPERIENCE |
| THE NEW CITY BY THE BAY |
| THE RESORT SAN FRANCISCO |
| LONDON AT THE STRIP LV |
| SAN FRANCISCO AT THE STRIP |
| SAN FRANCISCO |
| I LOVE SAN FRANCISCO |
| THE UNION SQUARE S F LV |
| S F |

PAGE: 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

## The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.

# MARLANIA™

TITANIC THEME RESORT

Resort Plans

Merchandise

Investment

SAN FRANCISCO THEME RESORT

Resort Plans

Merchandise

Investment

[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las  Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**

www.resortscenter.com

Email: sales@resortscenter.com

# RESORTS CENTER . COM

[ Home ] [ Site M

**Titanic Resort**
**San Francisco Las Vegas**
**The New San Francisco**
**The New Las Vegas**
**Island Resort**
**The Clever Card**
**Hillary's Secret.COM**
**The Wall Street Resort**
**Cyber Conventions**
**Brilliant Card**
**Orlando Las Vegas Resort**
**Jacobean Room**
**CYRUS**
**Miami FL. Las  Vegas**
**The Airo Vegas**

Products and Services

## TRADEMARKS

## LICENSING

## PRODUCTS

## MERCHANDISING



General Information

CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

| |
|---|
| THE BIG BEN |
| THE CLEVER CARD |
| THE CHINATOWN S.F.L.V. |
| THE NEW LONDON |
| THE PRESIDIO S.F.L.V. |
| THE EARTHQUAKE AND FIRE |
| THE GOLDEN GATE TO PARADISE S.F.L.V. |
| THE HAIGHT-ASHBURY S.F.L.V. |
| THE SAUSALITO S.F.L.V. |
| THE CABLE CARS S.F.L.V. |
| THE PIER S.F.L.V. |
| THE SAN FRANCISCO BAY S.F.L.V. |
| THE NEW SAN FRANCISCO |
| FIND YOUR HEART IN SAN FRANCISCO |
| THE ALCATRAZ ISLAND "THE ROCK" S.F.L.V. |
| THE LOMBARD STREET S.F.L.V. |
| THE WALL STREET |
| THE NAPA VALLEY WINERIES S.F.L.V. |
| THE JAPANESE GARDENS S.F.L.V. |
| CYBER CONVENTIONS |

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

**The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.**

## MARLANIA™

TITANIC THEME RESORT                    SAN FRANCISCO THEME RESORT

Resort Plans                             Resort Plans

Merchandise                              Merchandise

Investment                               Investment

[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**

www.resortscenter.com
Email: sales@resortscenter.com

[ Home ] [ Site M

# RESORTS CENTER . COM

Titanic Resort
San Francisco Las Vegas
The New San Francisco
The New Las Vegas
Island Resort
The Clever Card
Hillary's Secret.COM
The Wall Street Resort
Cyber Conventions
Brilliant Card
Orlando Las Vegas Resort
Jacobean Room
CYRUS
Miami FL. Las Vegas
The Airo Vegas

Products and Services

### TRADEMARKS

### LICENSING

### PRODUCTS

### MERCHANDISING

General Information



CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

PAGE: 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

| THE COIT TOWER S F L V |
| THE FISHERMAN'S WHARF S F L V |
| THE JAPANTOWN |
| SAN FRANCISCO THE MOST BELOVED PLACE IN THE WORLD |
| SAN FRANCISCO THE WORLD'S MOST DESIRABLE PLACE TO VISIT |

| PATENTED TITANIC |
| TITANIC LV |
| THE NEW TITANIC |
| HILLARY'S SECRET COM |
| THE NEW ATLANTIC CITY RESORT HOTEL CASINO AND THEME PARK |
| THE FIRST CLASS GRAND STAIRCASE |
| THE STEERAGE |
| THE AIRO VEGAS |
| THE NEW LAS VEGAS |

| THE UNSINKABLE |
| JACOBEAN ROOM |
| SAN FRANCISCO LAS VEGAS |
| THE PALM COURT CAFE |
| TIP OF THE ICEBERG |
| 11:40 P.M. APRIL 14, 1912 |
| SAN FRANCISCO LAS VEGAS NEVADA HOTEL CASINO RESORT AND THEME PARK |

| SFLV |
| SOS CQD MGY 41 46' NORTH 59 14 WEST |
| 2 20 A M APRIL 15, 1912 |
| 1912 PORT OF SOUTHAMPTON |
| SHANGRI-LA RESORT |

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

## The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.

## MARLANIA™

| TITANIC THEME RESORT | SAN FRANCISCO THEME RESORT |
|---|---|
| Resort Plans | Resort Plans |
| Merchandise | Merchandise |

Investment


Investment


[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las  Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**
www.resortscenter.com
Email: sales@resortscenter.com

[ Home ] [ Site M

# Resorts Center . com

Titanic Resort
San Francisco Las Vegas
The New San Francisco
The New Las Vegas
Island Resort
The Clever Card
Hillary's Secret.COM
The Wall Street Resort
Cyber Conventions
Brilliant Card
Orlando Las Vegas Resort
Jacobean Room
CYRUS
Miami FL. Las Vegas
The Airo Vegas

Products and Services

### TRADEMARKS

### LICENSING

### PRODUCTS

### MERCHANDISING



General Information

CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

| |
|---|
| CYRUS |
| MIAMI FLORIDA LAS VEGAS NEVADA HOTEL CASINO RESORT AND THEME PARK |
| INTERNET FOR |
| BAY AREA HOTEL CASINO RESORT AND THEME PARK |
| ORLANDO LAS VEGAS NEVADA HOTEL CASINO RESORT AND THEME PARK |
| CITY BY THE BAY HOTEL CASINO RESORT AND THEME PARK |
| OLYMPIC ROYAL MAIL STEAMSHIP WHITE STAR LINE RESORT AND THEME PARK |
| BRILLIANT CARD |
| BRITANNIC ROYAL MAIL STEAMSHIP WHITE STAR LINE RESORT & THEME PARK |
| TITANIC ROYAL MAIL STEAMSHIP WHITE STARLINE RESORT & THEME PARK |
| R.M.S. TITANIC - THE VOYAGE |
| R.M.S. TITANIC - THE EXPERIENCE |
| R.M.S. TITANIC - THE PASSAGE |
| CAFE PARISIEN |

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

**The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.**

## MARLANIA™

TITANIC THEME RESORT                          SAN FRANCISCO THEME RESORT

Resort Plans                                  Resort Plans

Merchandise               Merchandise          

Investment                                    Investment

[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las  Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**

http://www.resortscenter.com/list6.htm                                    10/1/02

www.resortscenter.com
Email: sales@resortscenter.com

[ Home ] [ Site M

# RESORTS CENTER . COM

**Titanic Resort**
**San Francisco Las Vegas**
**The New San Francisco**
**The New Las Vegas**
**Island Resort**
**The Clever Card**
**Hillary's Secret.COM**
**The Wall Street Resort**
**Cyber Conventions**
**Brilliant Card**
**Orlando Las Vegas Resort**
**Jacobean Room**
**CYRUS**
**Miami FL. Las Vegas**
**The Airo Vegas**

Products and Services

## TRADEMARKS

## LICENSING

## PRODUCTS

## MERCHANDISING



General Information

CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

| |
| --- |
| THE VERANDAH CAFE |
| R.M.S. TITANIC - THE GYRE |
| THE A LA CARTE RESTAURANT |
| R.M.S. TITANIC - THE RIDE |
| TITANICA |
| TITANICICEBERG |
| R.M.S. TITANIC |
| WHITE STAR LINE |
| WHITE STAR LINE R.M.S. TITANIC AND THE ICEBERG AND THE PORT OF SOUTHAMPTON |

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

## The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.

## MARLANIA™

TITANIC THEME RESORT

SAN FRANCISCO THEME RESORT

Resort Plans

Merchandise

Investment

Resort Plans

Merchandise

Investment



[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL, Las Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**
www.resortscenter.com
Email: sales@resortscenter.com

[ Home ] [ Site M

# RESORTS CENTER . COM

**Titanic Resort**
**San Francisco Las Vegas**
**The New San Francisco**
**The New Las Vegas**
**Island Resort**
**The Clever Card**
**Hillary's Secret.COM**
**The Wall Street Resort**
**Cyber Conventions**
**Brilliant Card**
**Orlando Las Vegas Resort**
**Jacobean Room**
**CYRUS**
**Miami FL. Las Vegas**
**The Airo Vegas**

Products and Services

### TRADEMARKS

### LICENSING

### PRODUCTS

### MERCHANDISING



General Information

CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |



## THE BIG BEN

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.

# MARLANIA<sup>TM</sup>

TITANIC THEME RESORT

Resort Plans

Merchandise

Investment

SAN FRANCISCO THEME RESORT

Resort Plans

Merchandise

Investment



[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las  Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**
www.resortscenter.com
Email: sales@resortscenter.com

# RESORTS CENTER . COM

[ Home ] [ Site M

Titanic Resort
San Francisco Las Vegas
The New San Francisco
The New Las Vegas
Island Resort
The Clever Card
Hillary's Secret.COM
The Wall Street Resort
Cyber Conventions
Brilliant Card
Orlando Las Vegas Resort
Jacobean Room
CYRUS
Miami FL. Las Vegas
The Airo Vegas

Products and Services

## TRADEMARKS

## LICENSING

## PRODUCTS

## MERCHANDISING



### General Information

CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |



**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

**The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.**

# MARLANIA™

| TITANIC THEME RESORT | SAN FRANCISCO THEME RESORT |
|---|---|
| Resort Plans | Resort Plans |
| Merchandise | Merchandise |
| Investment | Investment |




[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**
www.resortscenter.com
Email: sales@resortscenter.com

[ Home ] [ Site M

# RESORTS CENTER . COM

**Titanic Resort**
**San Francisco Las Vegas**
**The New San Francisco**
**The New Las Vegas**
**Island Resort**
**The Clever Card**
**Hillary's Secret.COM**
**The Wall Street Resort**
**Cyber Conventions**
**Brilliant Card**
**Orlando Las Vegas Resort**
**Jacobean Room**
**CYRUS**
**Miami FL. Las Vegas**
**The Airo Vegas**

Products and Services

## TRADEMARKS

## LICENSING

## PRODUCTS

## MERCHANDISING



General Information

CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |



THE NEW LONDON

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.

# MARLANIA™

TITANIC THEME RESORT                          SAN FRANCISCO THEME RESORT

Resort Plans                                  Resort Plans

Merchandise               Merchandise        

Investment                                    Investment

[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las  Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**
www.resortscenter.com
Email: sales@resortscenter.com

# **R**ESORTS CENTER . COM

**Titanic Resort**
**San Francisco Las Vegas**
**The New San Francisco**
**The New Las Vegas**
**Island Resort**
**The Clever Card**
**Hillary's Secret.COM**
**The Wall Street Resort**
**Cyber Conventions**
**Brilliant Card**
**Orlando Las Vegas Resort**
**Jacobean Room**
**CYRUS**
**Miami FL. Las Vegas**
**The Airo Vegas**

Products and Services

TRADEMARKS

LICENSING

PRODUCTS

MERCHANDISING



General Information

CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |



**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

## The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.

### MARLANIA™

TITANIC THEME RESORT                    SAN FRANCISCO THEME RESORT

Resort Plans

Merchandise

Investment



Resort Plans

Merchandise

Investment



[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL. Las  Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**
www.resortscenter.com
Email: sales@resortscenter.com

# RESORTS CENTER . COM

[ Home ] [ Site M

**Titanic Resort**
**San Francisco Las Vegas**
**The New San Francisco**
**The New Las Vegas**
**Island Resort**
**The Clever Card**
**Hillary's Secret.COM**
**The Wall Street Resort**
**Cyber Conventions**
**Brilliant Card**
**Orlando Las Vegas Resort**
**Jacobean Room**
**CYRUS**
**Miami FL. Las Vegas**
**The Airo Vegas**

Products and Services

## TRADEMARKS

## LICENSING

## PRODUCTS

## MERCHANDISING



General Information

CYRUS MILANIAN OFFERS FOR A FEE HIS SERVICES, NAMELY, BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS AND THEME PARKS FOR OTHERS AND MERCHANDISING SERVICES FOR OTHERS INTERNATIONALLY, AND/OR IN THE UNITED STATES OF AMERICA, UNDER ONE OR MORE OF THE FOLLOWING TRADEMARK/SERVICE MARKS MENTIONED UNDER ITS OWN TITLE.

CYRUS MILANIAN ALSO OFFERS FOR A FEE TO CONSULT ON BUSINESS MANAGEMENT OF RESORT HOTELS, CASINOS, AND THEME PARKS AND PRODUCT MERCHANDISING SERVICES FOR OTHERS UNDER ONE OR MORE OF THE FOLLOWING TRADEMARKS MENTIONED UNDER ITS OWN TITLE:

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

**GOODS AND SERVICES:**
CREDIT CARD SERVICES, DEBIT CARD SERVICES AND ISSUING STORED VALUE SMART CARDS.

- The Coinless The Coinfree Cards
- The Cashfree Card
- The Cashless Card
- The Clever Card
- Brilliant Card
- The Casino Card

**PAGE:** 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

Island Resort

## The World's First Floating Mega Resort and Casino is now available for merchandise Licensing.

## MARLANIA™

TITANIC THEME RESORT                    SAN FRANCISCO THEME RESORT





Resort Plans                          Resort Plans

Merchandise                           Merchandise

Investment                            Investment

[ Titanic Resort ] [ San Francisco Las Vegas ] [ The New San Francisco ]
[ The New Las Vegas ] [ Island Resort ] [ The Clever Card ]
[ Hillary's Secret.COM ] [ The Wall Street Resort ] [ Cyber Conventions ]
[ Brilliant Card ] [ Orlando Las Vegas Resort ] [ Jacobean Room ]
[ CYRUS ] [ Miami FL, Las  Vegas ] [ The Airo Vegas ]

**Copyright © 2000 Cyrus Milanian, All Rights Reserved**
www.resortscenter.com
Email: sales@resortscenter.com

EX. H

**EXHIBIT  H**



CAESARS



*Jewel of the*
# Empire!

ROME FREE
for 2 nights

Here you'll find a world resplendent in regal pleasures. It is the zenith of impeccable service, lavish accommodations, exquisite cuisine, splendid recreational opportunities, magnificent entertainment, and championship sporting events.

It's a world which puts the comfort and enjoyment of its guests above everything else. A world like no other. Allow our chariot to take you on a journey through the glory that is Caesars Palace.

**3570 Las Vegas Blvd.
Las Vegas, NV 89109**

**PROPERTY OVERVIEW**
• Virtual Tour

**MAKE A RESERVATION**
**ACCOMMODATIONS**
**SERVICES & AMENITIES**
**DINING**
**MEETINGS & CONVENTIONS**
**PLAN A MEETING**
**ENTERTAINMENT**
**GAMING**
**SHOPPING**
**NEWS**



Call 1-877-427-7243

RESPONSIBLE GAMING

Check-in while you wait for your bags. Click here for airport registration details.

INTRODUCING THE PARK PLACE CONNECTION CARD ►





*Caesars Mountain*

## Empire!

You've arrived at Caesars Tahoe. Overlooking the shimmering beauty of Lake Tahoe and the Sierra Nevada Mountains, Caesars Mountain Empire is a world of unparalleled luxury and fun. Take some time to explore Caesars Mountain Empire, and when you're ready to move on, our chariot awaits.

PROPERTY OVERVIEW
VIRTUAL TOUR
MAKE A RESERVATION
ACCOMMODATIONS
SERVICES & AMENITIES
DINING
MEETINGS & CONVENTIONS
PLAN A MEETING
ENTERTAINMENT
GAMING
SHOPPING
TAHOE AREA ACTIVITIES
NEWS
SIGN OUR GUESTBOOK

Call: 1-888-829-7630



SKI?

RESPONSIBLE GAMING

*For Golf Packages call:*
775-325-8805

Caesars





*The Glory of the*
# Empire!

PROPERTY OVERVIEW
VIRTUAL TOUR
DIRECTIONS
MAKE A RESERVATION
GROUP SALES
GAMING
ENTERTAINMENT
CAREER OPPORTUNITIES
FUTURE PLANS
NEWS

Enter the world of Caesars Indiana and you'll discover it's truly like nothing you've ever experienced before. At 450 feet long, 100 feet wide and four stories high, the spectacular Glory of Rome is the world's largest gaming vessel. What's inside, however, is even more breath-taking. Because thats where the world of Caesars and the Roman Empire come to life before your eyes.



Call 1-888-ROMAN-4-U

RESPONSIBLE GAMING

Click here for New Promotions.    Click here to see What's New at Caesars.

*Ex. I*

**Stephen W. Feingold**
212-309-6791
sfeingold@morganlewis.com

August 5, 2002

**<u>VIA FAX and FEDEX</u>**
717-519-6720

Nicolas Karamanos, Esq,
Blackford Development Co.
120 North Pointe Blvd.
Suite 300
Lancaster, PA 17610

Re:   COLOSSEUM Trademark
<u>Our Ref: 053791-01-0033-0096</u>

Dear Mr. Karamanos:

As you know, this firm represents Caesars World, Inc. and Park Place Entertainment Corporation (collectively "PPE"). Several weeks ago your client, Cyrus Milanian contacted PPE claiming that PPE's use of the trademark COLOSSEUM for a new events arena adjacent to Caesars Palace violated his rights in THE COLOSSEUM based on his pending intent to use trademark application for the same mark (Serial No. 78/059,830).

Subsequently, you, Mr. Milanian, representatives from PPE, and I participated in a conference call where PPE disclosed to you that it's use of the term COLOSSEUM predates Mr. Milanian's filing date by many years. We also expressed concerns with whether your client had an actual bona fide intent to use the mark in commerce given the large number of applications he has made that suggest he is attempting to warehouse future possible trademarks relating to Las Vegas and the gaming industry.

Our conference call concluded when you stated that you would review this situation with Mr. Milanian and then provide a substantive response. Though quite some time has passed since that conversation, neither I nor PPE have heard from you or your client.

We write to reach a final resolution of this matter. In light of PPE's priority for the trademark COLOSSEUM this resolution must include the express abandonment of Mr. Milanian's

Nicolas Karamanos, Esq.
August 5, 2002
Page 2

application (or registration if the certificate has issued since we last spoke) for THE COLOSSEUM (Serial No. 78/059,830). .

It has also come to our attention that on June 4 and 8, 2002, Mr. Milanian filed new applications for THE COLOSSEUM: Serial No. 78/134,219 covering "business development services" and Serial No. 78/132,978 covering "gaming machines." We are also aware that Mr. Milanian filed yet another application on November 14, 2001 containing the word COLOSSEUM (as well as the words ROMAN EMPIRE FORUM), namely Serial No. 78/0932985 for, *inter alia*, "business management development of casinos, hotels resorts." Any amicable resolution of this matter must include the express abandonment of these applications.

Additionally, as you are aware, I wrote to Mr. Milanian on behalf of PPE on May 3, 2002, with respect to his application to register JULIUS CAESAR as a trademark for gaming related services. During the above-referenced conference call, Mr. Milanian stated that in light of our letter he was going to expressly abandon this application. As of today, however, the application is still live. Any resolution must include the abandonment of this application as well.

Please contact me as soon as possible so that we may conclude these matters.

Very truly yours,


Stephen W. Feingold

cc:     Mark Clayton, Esq.
        Park Place Entertainment

        Loius Nunziata, Trademark Administrator
        Park Place Entertainment

Ex. J

**Stephen W. Feingold**
212-309-6791
sfeingold@morganlewis.com

September 10, 2002

**<u>VIA FAX and FEDEX</u>**
717-519-8063

Nicolas Karamanos, Esq,
Blackford Development Co.
120 North Pointe Blvd.
Suite 300
Lancaster, PA 17610

Re:     COLOSSEUM Trademark
        <u>Our Ref: 053791-01-0033-0096</u>

Dear Mr. Karamanos:

As you know, this firm represents Caesars World, Inc. ("CWI") in connection with certain
unfounded claims of infringement made by your client, Cyrus Milanian, based on his alleged
rights to the mark COLOSSEUM. By letter dated August 5, 2002, I set forth CWI's position in
response to these claims. We last spoke after Mr. Milanian contacted my firm on August 7, 2002
demanding to speak with my firm's managing partner. You stated at that time that you would be
responding to my letter the week of August 12. I was away on vacation for the second half of
August. I left you a message on Friday, September 6, 2002 that you have not returned.

CWI must resolve this issue as soon as possible. We therefore request that you provide your
client's written response by no later that September 17, 2002.

Very truly yours,



Stephen W. Feingold
SWF/al

cc:     Mark Clayton, Esq.
        Louis Nunziata, Trademark Administrator
        Park Place Entertainment

1-NY/1498821.1

Ex. K

# FACSIMILE COVER SHEET

BRINKS
HOFER
GILSON
&LIONE

A Professional Corporation
Intellectual Property Attorneys

NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Facsimile 312-321-4299
Telephone 312-321-4200

San Jose, CA
Indianapolis, IN
Detroit, MI
Toledo, OH
Arlington, VA

Date:          September 24, 2002

To:            Stephen W. Feingold, Esq.
Fax No:        212-309-6001

From:          Scott J. Slavick, Esq.
Tel. No:       312-321-4245

Client No:     11735

No. of Pages
(inc. this page):     2

Confirmation Copy To Follow:     Yes ☐     No ☒

IF YOU HAVE ANY PROBLEMS RECEIVING THIS MESSAGE,
PLEASE CALL 312-321-4200 AND ASK FOR: Joy Charpentier ext. 4389

THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. IT MAY CONTAIN PRIVILEGED, CONFIDENTIAL, ATTORNEY WORK PRODUCT, OR TRADE SECRET INFORMATION WHICH IS EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. IF YOU ARE NOT THE INTENDED RECIPIENT, OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE (AND ALL COPIES) TO US BY MAIL AT THE ABOVE ADDRESS. WE WILL REIMBURSE YOU FOR POSTAGE

## COVER MESSAGE:

Scott J. Slavick
312-321-4245
sslavick@brinkshofer.com

**BRINKS**

**HOFER**

**GILSON**

**& LIONE**

A PROFESSIONAL CORPORATION
INTELLECTUAL PROPERTY ATTORNEYS

NBC TOWER · SUITE 3600
455 N. CITYFRONT PLAZA DRIVE
CHICAGO, ILLINOIS 60611-5599
brinkshofer.com
FAX 312-321-4299
TELEPHONE 212-321 4200

SAN JOSE, CA
INDIANAPOLIS, IN
ANN ARBOR, MI
ARLINGTON, VA

September 24, 2002

*VIA FACSIMILE: (212) 309-6001*

Stephen W. Feingold, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

**Re: COLOSSEUM Trademark**
**Our File No.: 11735/3**

Dear Stephen:

We are intellectual property counsel for The New Las Vegas Development Company LLC. Please provide us with specimens demonstrating Caesars World, Inc. and Park Place Entertainment Corporation's use of COLOSSEUM.

Sincerely,

Scott J. Slavick