# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAESARS WORLD, INC, and PARK PLACE ENTERTAINMENT CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CYRUS MILANIAN, and THE NEW LAS VEGAS DEVELOPMENT COMPANY, L.L.C.,<br><br>　　　　　Defendants. | Case No.: 2:02-cv-01287-RLH-RJJ<br><br>**O R D E R** |

　　　　This case was closed on February 19, 2003. The Warrant issued April 12, 2004 pursuant to the Court's April 8, 2004 Order (# 133) has been considered by the Court and is hereby rescinded.

　　　　Dated: September 17, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ROGER L. HUNT**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

AO 72
(Rev. 8/82)